## INDEX TO EXHIBITS

| Exhibit | Description |
| --- | --- |
| 1. | American College of Mohs Surgery Patient Information on Mohs Surgery 3/2/2017 |
| 2. | American Board of Dermatology, Inc., Application to American Board of Medical Specialties, Inc., for creation of Mohs Surgery Bd |
| 3. | About the American College of Mohs Surgery 6/20/2018 |
| 4. | Melanoma Statistics for U.S. American Cancer Society 2018 |
| 5. | Basal & Squamous Cell Cancer Statistics U.S. American Cancer Society 2018 |
| 6. | Medicare Data on Mohs Surgery Procedures paid by Medicare 2016 |
| 7. | Market Profile on U.S. Dermatologists, 2015 - published by Cegedim Relationship Management of Bedminster, N.J. |

S:\001-1699\002\002-ABMS Antitrust Suit\410-Pleadings-Drafts & Finals\EXHIBITS FOR COMPLAINT\0-Exhibit Index-Complaint-MD Florida.wpd