

# Market Profile of U.S. Dermatologists
OneKey Market Insight Report



**Exhibit 7**



OneKey

# Market Profile of U.S. Dermatologists

## Overview: Profile of U.S. Dermatologists

- Dermatologists by Number, Region and Move Rate
- Practice Size and Patient Volume
- Ownership, Affiliations and Specialty Associations
- Affiliations to Hospitals for Admitting Privileges
- IHS Employment and ACO Participation
- Physician Access and Drug Acceptance Rates
- Government Insurance Acceptance
- Electronic Health Records Adoption Rate
- Annual Compensation of Dermatologists

## Promotional Spend Towards Dermatologists Q1 - Q4 2014

- Total Market Spend
- Promotions by ATC3 Drug Class
- Channel Mix - Details, Samples and Meetings
- Total Product Details



Copyright © Cegedim 2015,   Market Profile of U.S. Dermatologists



## Introduction

Skin cancer is one of the most commonly diagnosed cancers in the U.S. According to the American Cancer Society, the most recent study on non-melanoma skin cancer in 2006 estimated 3.5 million cases diagnosed among 2.2 million people. Melanoma incidence rates have also risen rapidly over the past 30 years. In 2015, an estimated 73,870 new cases of melanoma will be diagnosed. These caseloads will be shared among 13,847 dermatologists, which make up only one percent of physicians in the U.S.

Dermatologists are in great demand not only for the treatment of cancer, but also for skin conditions ranging from acne to psoriasis. The Affordable Care Act (ACA) has contributed to additional demand for dermatology services - dermatologists are among the top five specialists booked by ACA patients[1]. This issue of the OneKey Market Insights series provides comprehensive details on this group of physicians including their participation in Integrated Health Systems and Accountable Care Organizations, physician access policies and top drug categories promoted to them.

## Dermatologists by Number, Region and Move Rate

Dermatologists represent a very small number of the total number of physicians in the U.S. There are currently 13,847 dermatologists practicing across the country. Most dermatologists focus on a single specialty; only 13.5 percent have a secondary specialty. The number of dermatologists has certainly not kept up with demand. Since 2010, there has only been about a 10 percent increase in the number of dermatologists.



Source: Cegedim Relationship Management, Jan 2015

---

1 No rush to high-cost care among newly insured Obamacare patients.(2015, Jan 15). Reuters. Retrieved from http://www.reuters.com/article/2015/01/15/us-usa-healthcare-zocdoc-exclusive-idUSKBN0KO1W920150115





The southern states have the highest concentration of dermatologists. A third of the country's dermatologists practice in the south, outweighing the northern states by about 70 percent.

## U.S. Dermatologists by Region



Source: Cegedim Relationship Management, Jan 2015

Dermatologists moved to new locations, changed jobs, retired or passed away at average rate of 9.6 percent annually for the past six years, lower than the average physician move-rate of 13.8 percent.



Source: Cegedim Relationship Management, Jan 2015





**Practice Size and Patient Volume**

Dermatologists generally seem to prefer smaller office settings. A vast majority – nearly three quarters of dermatologists prefer to work in offices with five or less physicians. Nearly a third of dermatologists prefer to work as solo practitioners.



| Office Size (No. of Doctors) | 1 | 2 | 3 to 5 | 6 to 10 | 11 to 25 | 26 or more | Total |
|---|---|---|---|---|---|---|---|
| Total | 4,088 | 2,517 | 3,618 | 1,906 | 1,079 | 639 | 13,847 |

Source: Cegedim Relationship Management, Jan 2015

Nearly half of dermatologists see 50 or fewer patients per day, corresponding to the number of solo or small practices.



Source: Cegedim Relationship Management, Jan 2015





## Ownership, Affiliations and Specialty Associations

Dermatologists maintain a relatively high level of ownership, with over half being independent. Over 40 percent of physicians in the U.S. are employed by IHSs or hospitals. In comparison, less than a fifth of dermatologists have moved towards integrated health systems or hospitals.



Source: Cegedim Relationship Management, Jan 2015

## Top 4 Specialty Associations

About 15 percent of dermatologists are associated with internists, and 10 percent are associated with family practitioners.



Source: Cegedim Relationship Management, Jan 2015

## Affiliation to Hospitals for Admitting Privileges

Copyright © Cegedim 2015,   Market Profile of U.S. Dermatologists     4



Compared to other specialties, dermatologists have less affiliation to hospitals. A quarter have no admitting privileges at hospitals and less than half have admitting privileges to one hospital.

| Affiliations to Hospitals | No. of Doctors | % of total |
|---|---|---|
| 0 | 3,705 | 26.8% |
| 1 | 6,101 | 44.1% |
| 2 | 3,181 | 23.0% |
| 3 | 721 | 5.2% |
| 4 | 139 | 1.0% |
| Total | 13,847 | 100.00% |

Source: Cegedim Relationship Management, Jan 2015

### Government Insurance Acceptance

Dermatologists have a higher acceptance rate of Medicare relative to the general physician population, but a much lower rate of Medicaid acceptance compared to their counterparts in other specialties.



**Dermatologist Medicare and Medicaid Acceptance**

- Medicaid — Dermatologists: 42.3%; All Physicians: 73.1%
- Medicare — Dermatologists: 93.7%; All Physicians: 85.5%

Source: Cegedim Relationship Management, Jan 2015





## IHS Employment and ACO Participation

Employing over 9,000 MDs and DOs in 33 hospitals and 900+ medical offices, Kaiser Permanante is the largest employer of healthcare professionals among integrated health systems. The system hires the most number of dermatologists, twice as many as the next top top employer.



Source: Cegedim Relationship Management, Jan 2015

At least 15 percent of dermatologists participate in ACOs. While Health Choice of Utah is not one of the largest ACO in terms of total physician participation, it has the highest dermatologist participation in its network. Next in place is Palo Alto Medical Foundation Cigna ACO, which has a network of over 580 facilities and over 3,300 total participating physicians in 2014.



Source: Cegedim Relationship Management, Jan 2015



Copyright © Cegedim 2015,   Market Profile of U.S. Dermatologists

6



### Physician Access and Drug Sample Acceptance Rates

Dermatologists like sales reps. Only 10 percent have a no-see policy, much lower than the average no-see rate of 28.5%. Nearly half welcome sales reps to drop by anytime.



Source: Cegedim Relationship Management, Jan 2015

In terms of sampling preferences, two-thirds of dermatologists like to receive drug samples by both mail or sales rep drop-off.



Source: Cegedim Relationship Management, Jan 2015



Copyright © Cegedim 2015,   Market Profile of U.S. Dermatologists



### Electronic Health Record Adoption of Dermatologists

Dermatologists are among the specialties with relatively high electronic health records (EHR) adoption rate. At 63 percent, EHR adoption rate of dermatologists is in line with the general physician population.



Source: Cegedim Relationship Management, Jan 2015

### Annual Compensation of Dermatologists

Depending on where they work, there could be a huge discrepancy in the earnings of dermatologists. According to Medscape's 2014 dermatologist compensation report, physicians working in healthcare organizations or group practices earned significantly more than their counterparts who work in outpatient clinics or hospitals. The highest earning group made twice as much as those in the lowest earning group.

| Dermatologists Annual Compensation by Setting | |
|---|---|
| Multispecialty Group Practice | $361,000 |
| Healthcare Organization | $336,000 |
| Single Specialty Group Practice | $323,000 |
| Solo Practice | $306,000 |
| Academic | $232,000 |
| Outpatient Clinic | $211,000 |
| Hospital | $169,000 |

Source: Medscape's Dermatologist Compensation Report 2014





### Pharma Promotional Spend Towards Dermatologists Q1- Q4 2014

#### Total Market Spend

The pharmaceutical industry spent over $549 million promoting drugs to dermatologists during the last four quarters. Spending peaked slightly in Q3 2014, but remained fairly consistent in other quarters.



Source: Cegedim Strategic Data, U.S.Dermatologist Data, Jan 2015

#### Promotions by ATC3 Drug Class

Nearly a fifth of pharma's total promotional spend went to topical anti-acne preparations. Next on the list of top drug categories promoted to dermatologists is plain topical corticosteroids – about 13.5% of total spend went towards this category.



Source: Cegedim Strategic Data, U.S. Dermatologist Data, Jan 2015





## Channel Mix – Details, Samples and Meetings

A huge proportion of pharma promotional spend - 75 percent - went towards detailing. Compared to this channel, pharma spent considerably less on the next most popular channel – only 17 percent on samples.



Source: Cegedim Strategic Data, U.S. Dermatologist Data, Jan 2015

## Total Market Details

In the last four quarters there were over 2.5 million details. Corresponding to the spike in promotional investments in 2014 Q3, more details took place during this quarter.



Source: Cegedim Strategic Data, U.S. Dermatologist Data, Jan 2015



Copyright © Cegedim 2015,   Market Profile of U.S. Dermatologists

10



**For more information about U.S. Dermatologists, please contact:**

Jack Schember, Senior Director of Marketing
Cegedim Relationship Management
Jack.schember@cegedim.com
949-476-2051





Cegedim Relationship Management Corporate Headquarters
1405 U.S. Highway 206
Bedminster, NJ 07921
908-443-2000
888-336-3748
www.cegedimrm.com



Copyright © Cegedim 2015,   Market Profile of U.S. Dermatologists            11