**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**Ocala, Florida**

DAVID ALLYN, M.D., JAMES V.
LYNOTT, M.D., and JOSEPH M.
MASESSA, M.D.,

      Plaintiffs,

vs.

AMERICAN BOARD OF MEDICAL
SPECIALTIES, INC., an Illinois corporation,
and AMERICAN BOARD OF DERMA-
TOLOGY, INC., a Delaware corporation,
authorized to do business in Massachusetts,

      Defendants.

_____/

No.: 5:18-cv-355.oc.30PRL

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA
2018 JUL 11  PM 2:43
FILED

## NOTICE OF UNAVAILABILITY

The undersigned counsel hereby gives notice of unavailability to the Court and all attorneys

of record in this cause during the following periods:

    1.     July 11, 2018; and
    2.     July 16, 2018, to July 17, 2018.

The undersigned requests that no hearings, depositions or other motions or matters be
scheduled during the aforementioned time periods.

Done this ___11th___ day of July 2018.

GEORGE F. INDEST III, J.D., M.P.A., LL.M.
Florida Bar No.: 382426

Page 1 of 2

Primary e-mail:  GIndest@TheHealthLawFirm.com
Secondary e-mail:  CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**CAROLE C. SCHRIEFER, R.N., J.D.**
Florida Bar No.:  835293
Primary e-mail:  CSchriefer@TheHealthLawFirm.com
Secondary e-mail:  CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**LANCE O. LEIDER, J.D., LL.M.**
Florida Bar No.:  96408
Primary e-mail:  LLeider@TheHealthLawFirm.com
Secondary e-mail:  CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**THE HEALTH LAW FIRM**
1101 Douglas Avenue
Altamonte Springs, Florida 32714
Telephone:  (407) 331-6620
Telefax:  (407) 331-3030
**ATTORNEYS FOR PLAINTIFFS**

GFl/tm
S:\001-1699\002\002-ABMS Antitrust Suit\410-Pleadings-Drafts & Finals\Notice of Unavailability.wpd