AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

DAVID ALLYN, M.D., JAMES V. LYNOTT, M.D., and )
JOSEPH M. MASESSA, M.D., )
)
)
)
_Plaintiff(s)_ )
v. ) Civil Action No. 5:18-cv-00355-JSM-PRL
)
AMERICAN BOARD OF MEDICAL SPECIALTIES, INC., an )
Illinois corporation, and AMERICAN BOARD OF )
DERMATOLOGY, INC., a Delaware corporation, )
authorized to do business in Massachusetts, )
_Defendant(s)_ )

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_
    American Board of Dermatology, Inc.
    c/o Ms. Sharon Hart, Its Registered Agent
    2 Wells Avenue
    Newton, Massachusetts 02459

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   George F. Indest III, Esquire
    Lance O. Leider, Esquire
    Carole C. Schriefer, Esquire
    The Health Law Firm
    1101 Douglas Avenue
    Altamonte Springs, Florida 32714

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ELIZABETH M. WARREN**

_CLERK OF COURT_

Date: 7/12/18

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| DAVID ALLYN, M.D., JAMES V. LYNOTT, M.D., and JOSEPH M. MASESSA, M.D.,<br><br>*Plaintiff(s)*<br>v.<br><br>AMERICAN BOARD OF MEDICAL SPECIALTIES, INC., an Illinois corporation, and AMERICAN BOARD OF DERMATOLOGY, INC., a Delaware corporation, authorized to do business in Massachusetts,<br><br>*Defendant(s)* | Civil Action No. 5:18-cv-00355-JSM-PRL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
American Board of Medical Specialties, Inc.
c/o Lois Margaret Nora, M.D., Its Registered Agent
353 North Clark St., Suite 1400
Chicago, Illinois 60654

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  George F. Indest III, Esquire
Lance O. Leider, Esquire
Carole C. Schriefer, Esquire
The Health Law Firm
1101 Douglas Avenue
Altamonte Springs, Florida 32714

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ELIZABETH M. WARREN**

*CLERK OF COURT*

Date: 7/12/18

_____
*Signature of Clerk or Deputy Clerk*