UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DAVID ALLYN, M.D. , JAMES V.
LYNOTT and JOSEPH M. MASESSA,
M.D. ,

      **Plaintiffs,**

**v.**                                     **Case No: 5:18-cv-355-Oc-30PRL**

AMERICAN BOARD OF MEDICAL
SPECIALTIES, INC. and AMERICAN
BOARD OF DERMATOLOGY, INC.

      **Defendants.**

_____

# ORDER

Before the Court on referral for a report and recommendation is Plaintiffs' motion for preliminary injunction. (Doc. 2). A hearing on Plaintiff's motion is hereby scheduled for **August 1, 2018 at 10:00am** in the United States Courthouse, Courtroom 1A, in Ocala, Florida. Plaintiffs aver in their motion for preliminary injunction that Defendants were served a copy of the verified complaint and the verified motion for preliminary injunction on July 11, 2018. By local rule, Defendants' response and any opposing affidavits are due seven days before the hearing—**on or before July 25, 2018**. *See* Local Rule 4.06(b)(3).

      **DONE** and **ORDERED** in Ocala, Florida on July 16, 2018.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

John C. Moorhead, M.D., M.S., FACEP
Chairman, ABMS Board of Directors
Oregon Health & Science University
Department of Emergency Medicine
Mail Code: CDW-EM
3181 S. W. Sam Jackson Park Road
Portland, Oregon 97239

Richard E. Hawkins, M.D.
President and Chief Executive Officer
American Board of Medical Specialties
353 North Clark Street, Suite 1400
Chicago, Illinois 60654

John D. Mandelbaum, Esquire
Chief Legal Officer
American Board of Medical Specialties
353 North Clark Street, Suite 1400
Chicago, Illinois 60654

Ms. Sharon Hart
Registered Agent
American Board of Dermatology, Inc.
2 Wells A venue
Newton, Massachusetts 02459

Thomas D. Horn, M.D., M.B.A.
Executive Director
American Board of Dermatology, Inc.
2 Wells Avenue
Newton, Massachusetts 02459

Janet A. Fairley, M.D., President
American Board of Dermatology, Inc.
200 Hawkins Drive
Unit No. 40025 PFP
Iowa City, Iowa 52242