IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Ocala, Florida

DAVID ALLYN, M.D., JAMES V.
LYNOTT, M.D., and JOSEPH M.
MASESSA, M.D.,

                No.: 5:18-cv-355-Oc-30PRL

    Plaintiffs,

vs.

AMERICAN BOARD OF MEDICAL
SPECIALTIES, INC., an Illinois corporation,
and AMERICAN BOARD OF DERMA-
TOLOGY, INC., a Delaware corporation,
authorized to do business in Massachusetts,

    Defendants.
_____/

## NOTICE OF UNAVAILABILITY

The undersigned counsel hereby gives notice of unavailability to the Court and all attorneys of record in this cause during the following periods:

1. August 6-7, 2018;
2. August 13-15, 2018;
3. August 21-22, 2018; and
4. September 10-14, 2018.

The undersigned requests that no hearings, depositions or other motions or matters be scheduled during the aforementioned time periods.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have filed this document electronically with the Court via the CM/ECF System, which automatically serves all counsel of record; and I have served it via

e-mail on Jack R. Bierig, Esquire, Sidley Austin, LLP (Counsel for American Board of Medical Specialties), One South Dearborn, Chicago, Illinois 60603, e-mail: jbierig@sidley.com; and I have served it on all of the following individuals via U.S. mail, postage pre-paid:

John C. Moorhead, M.D., M.S., FACEP
Chairman, ABMS Board of Directors
Oregon Health & Science University
Department of Emergency Medicine
Mail Code: CDW-EM
3181 S.W. Sam Jackson Park Road
Portland, Oregon 97239

Richard E. Hawkins, M.D.
President and Chief Executive Officer
American Board of Medical Specialties
353 North Clark Street, Suite 1400
Chicago, Illinois 60654

John D. Mandelbaum, Esquire
Chief Legal Officer
American Board of Medical Specialties
353 North Clark Street, Suite 1400
Chicago, Illinois 60654

Thomas D. Horn, M.D., M.B.A.
Executive Director
American Board of Dermatology, Inc.
2 Wells Avenue
Newton, Massachusetts 02459

Ms. Sharon Hart
Registered Agent
American Board of Dermatology, Inc.
2 Wells Avenue
Newton, Massachusetts 02459

Janet A. Fairley, M.D., President
American Board of Dermatology, Inc.
200 Hawkins Drive
Unit No. 40025 PFP
Iowa City, Iowa 52242

on this _19th_ day of July 2018.

/s/ George F. Indest III
GEORGE F. INDEST III, J.D., M.P.A., LL.M.
Florida Bar No.: 382426
Primary e-mail: GIndest@TheHealthLawFirm.com
Secondary e-mail: CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**CAROLE C. SCHRIEFER, R.N., J.D.**
Florida Bar No.: 835293
Primary e-mail: CSchriefer@TheHealthLawFirm.com
Secondary e-mail: CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY

ATTORNEY TO BE NOTICED
**LANCE O. LEIDER, J.D., LL.M.**
Florida Bar No.: 96408
Primary e-mail: LLeider@TheHealthLawFirm.com
Secondary e-mail: CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**THE HEALTH LAW FIRM**
1101 Douglas Avenue
Altamonte Springs, Florida 32714
Telephone: (407) 331-6620
Telefax: (407) 331-3030
**ATTORNEYS FOR PLAINTIFFS**

GFI/tm
S:\001-1699\002\002-ABMS Antitrust Suit\410-Pleadings-Drafts & Finals\Notice of Unavailability-2.wpd