IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Ocala, Florida

DAVID ALLYN, M.D., JAMES V.
LYNOTT, M.D., and JOSEPH M.
MASESSA, M.D.,

        No.: 5:18-cv-355-Oc-30PRL

        Plaintiffs,

vs.

AMERICAN BOARD OF MEDICAL
SPECIALTIES, INC., an Illinois corporation,
and AMERICAN BOARD OF DERMA-
TOLOGY, INC., a Delaware corporation,
authorized to do business in Massachusetts,

        Defendants.
_____/


## PLAINTIFF'S AGREED NOTICE OF WITHDRAWAL OF MOTION FOR TEMPORARY INJUNCTION (Doc. 2)

COME NOW Plaintiffs in the above-referenced matter and give notice of their agreed withdrawal of their previously filed Motion for Temporary Restraining Order/Motion for Preliminary Injunction stating:

1.      Plaintiffs previously filed a Motion for a Temporary Restraining Order in this matter (Doc. 2).

2.      The Court denied it on July 12, 2018 (Doc. 5).

3.      Since that date, undersigned counsel for Plaintiffs has investigated further and been in communication with the counsel for the Defendants.

4.      Counsel for Defendants has advised undersigned counsel that although there will be a meeting of the Committee of Defendant American Board of Medical Specialties (ABMS) on September 11, 2018, and that it will only be making a recommendation for later consideration by ABMS.

5.      Since the meeting on September 11, 2018, may result in a recommendation for disapproval of the application by Defendant American Board of Dermatology (ABD), the matter may be mooted otherwise does not appear to be ripe for decision at the present time.

6.      Furthermore, there has been no appearance by Counsel for the Defendants in this case and the matter is scheduled for hearing on August 1, 2018 (Doc. 7).  On July 23, 2018, undersigned counsel conferenced with attorneys for the Defendants, Jack Bierig, Esquire, and John Mandelbaum, Esquire, who agreed with this withdrawal.

7.      Accordingly, Plaintiffs hereby give notice of their voluntary withdrawal of their motion (Doc. 2).


<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I have filed this document electronically with the Court via the CM/ECF System, which automatically serves all counsel of record; and I have served it via e-mail on Jack R. Bierig, Esquire, Sidley Austin, LLP (Counsel for American Board of Medical Specialties), One South Dearborn, Chicago, Illinois 60603, e-mail:  jbierig@sidley.com; and I have served it on the following individuals via U.S. mail, postage pre-paid:

John D. Mandelbaum, Esquire           Ms. Sharon Hart
Chief Legal Officer                   Registered Agent
American Board of Medical Specialties American Board of Dermatology, Inc.
353 North Clark Street, Suite 1400    2 Wells Avenue
Chicago, Illinois 60654               Newton, Massachusetts 02459


on this 23rd day of July 2018.


     /s/  George F. Indest III
     _____
     GEORGE F. INDEST III, J.D., M.P.A., LL.M.
     Florida Bar No.: 382426
     Primary e-mail: GIndest@TheHealthLawFirm.com
     Secondary e-mail: CourtFilings@TheHealthLawFirm.com
     TRIAL COUNSEL/LEAD ATTORNEY
     ATTORNEY TO BE NOTICED
     CAROLE C. SCHRIEFER, R.N., J.D.
     Florida Bar No.: 835293
     Primary e-mail: CSchriefer@TheHealthLawFirm.com
     Secondary e-mail: CourtFilings@TheHealthLawFirm.com
     TRIAL COUNSEL/LEAD ATTORNEY
     ATTORNEY TO BE NOTICED
     LANCE O. LEIDER, J.D., LL.M.
     Florida Bar No.: 96408
     Primary e-mail: LLeider@TheHealthLawFirm.com
     Secondary e-mail: CourtFilings@TheHealthLawFirm.com
     TRIAL COUNSEL/LEAD ATTORNEY
     ATTORNEY TO BE NOTICED
     THE HEALTH LAW FIRM
     1101 Douglas Avenue
     Altamonte Springs, Florida 32714
     Telephone: (407) 331-6620
     Telefax: (407) 331-3030
     ATTORNEYS FOR PLAINTIFFS


GFI/tm
S:\001-1699\002\002-ABMS Antitrust Suit\410-Pleadings-Drafts & Finals\Notice of Withdrawal of Motion.wpd