UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DAVID ALLYN, M.D. , JAMES V. LYNOTT and JOSEPH M. MASESSA, M.D. ,

    Plaintiffs,

v.                                 Case No: 5:18-cv-355-Oc-30PRL

AMERICAN BOARD OF MEDICAL SPECIALTIES, INC. and AMERICAN BOARD OF DERMATOLOGY, INC.

    Defendants.

## ORDER

Based on the Agreed Notice of Withdrawal of Motion for Temporary Injunction (Doc. 10), the Clerk is directed to terminate the **MOTION FOR PRELIMINARY INJUNCTION (Doc. 2)** as moot.

The hearing scheduled for Wednesday, August 1, 2018 is **CANCELLED**. (While counsel for the Defendants has not yet appeared, Plaintiffs' counsel recites communicating with counsel for them. As such, Plaintiffs' counsel shall provide them with a copy of this Order.)

**DONE** and **ORDERED** in Ocala, Florida on July 23, 2018.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties