IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Ocala, Florida

DAVID ALLYN, M.D., JAMES V.
LYNOTT, M.D., and JOSEPH M.
MASESSA, M.D.,

No.: 5:18-cv-355-Oc-30PRL

      Plaintiffs,

vs.

AMERICAN BOARD OF MEDICAL
SPECIALTIES, INC., an Illinois corporation,
and AMERICAN BOARD OF DERMA-
TOLOGY, INC., a Delaware corporation,
authorized to do business in Massachusetts,

      Defendants.
_____/

## NOTICE OF UNAVAILABILITY

The undersigned counsel hereby gives notice of unavailability to the Court and all attorneys of record in this cause during the following periods:

1. July 31, 2018 - August 7, 2018;
2. August 13-27, 2018;
3. September 7-17, 2018.
4. October 1-3, 2018; and
5. November 27-29, 2018.

The undersigned requests that no hearings, depositions or other motions or matters be scheduled during the aforementioned time periods.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have filed this document electronically with the Court via the CM/ECF System, which automatically serves all counsel of record; and I have served it via

e-mail on Jack R. Bierig, Esquire, Sidley Austin, LLP (Counsel for American Board of Medical Specialties), One South Dearborn, Chicago, Illinois 60603, e-mail: jbierig@sidley.com; and I have served it on all of the following individuals via U.S. mail, postage pre-paid:

| | |
|---|---|
| John D. Mandelbaum, Esquire | Ms. Sharon Hart |
| Chief Legal Officer | Registered Agent |
| American Board of Medical Specialties | American Board of Dermatology, Inc. |
| 353 North Clark Street, Suite 1400 | 2 Wells Avenue |
| Chicago, Illinois 60654 | Newton, Massachusetts 02459 |

on this 30th day of July 2018.

/s/ George F. Indest III

**GEORGE F. INDEST III, J.D., M.P.A., LL.M.**
Florida Bar No.: 382426
Primary e-mail: GIndest@TheHealthLawFirm.com
Secondary e-mail: CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**CAROLE C. SCHRIEFER, R.N., J.D.**
Florida Bar No.: 835293
Primary e-mail: CSchriefer@TheHealthLawFirm.com
Secondary e-mail: CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**LANCE O. LEIDER, J.D., LL.M.**
Florida Bar No.: 96408
Primary e-mail: LLeider@TheHealthLawFirm.com
Secondary e-mail: CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**THE HEALTH LAW FIRM**
1101 Douglas Avenue
Altamonte Springs, Florida 32714
Telephone: (407) 331-6620
Telefax: (407) 331-3030
ATTORNEYS FOR PLAINTIFFS

GFI/pa
S:\001-1699\002\002-ABMS Antitrust Suit\410-Pleadings-Drafts & Finals\Notice of Unavailability-3.wpd