UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DAVID ALLYN, et al.,

        Plaintiffs.

v.                                        Case no. 5:18-cv-355-JSM-PRL

AMERICAN BOARD OF MEDICAL
SPECIALTIES, INC., et al.

        Defendants.
_____/

## NOTICE OF APPEARANCE AS DESIGNATED LOCAL COUNSEL

    Russell W. LaPeer, & Russell W. LaPeer, P.A., of the law firm of Landt, Wiechens, LaPeer, & Ayres, LLP, enter their appearance, pursuant to Middle Dist. of Fla. Rule 2.02 (a), as designated,[1] local counsel of record for Defendants, American Board of Medical Specialties, Inc. and American Board of Dermatology, Inc., in this case.

    In accordance with local rule 2.02 (a), and in addition to attorneys Jack R. Bierig, Esquire and Benjamin I. Friedman, Esquire,[2] of the law firm of Sidley Austin, LLP, One South Dearborn, Chicago, Illinois 60603; please direct all further pleadings, motions, notices, correspondence, orders, and other papers in this case to us as designated, local counsel for Defendants.

---

[1] Local counsel have been designated as such by lead trial counsel, Jack R. Bierig, Esquire (Email: jbierig@sidley.com) and Benjamin I. Friedman, Esquire (Email: benjamin.friedman@sidley.com), of the law firm, Sidley Austin, Chicago, Illinois 60603.

[2] Pursuant to Middle Dist. of Fla. Rule 2.02 (a), Attorneys Jack R. Bierig, Esquire and Benjamin I. Friedman, Esquire will file their motions for leave to appear *pro hac vice* in this case.

Respectfully submitted,

s/ *Russell W. LaPeer*
Russell W. LaPeer
Florida Bar no. 200530
Landt, Wiechens, LaPeer, & Ayres, LLP
445 N.E. 8th Avenue
Ocala, Florida 34470
(352) 732-8622
FAX: 352-732-1162
Email: rlapeer@aol.com & lawsec70@yahoo.com
Designated Local Counsel for Defendants

**Certificate of Service**

I certify that this Notice of Appearance as Designated Local Counsel has been filed and served electronically on this 3rd day of August A.D. 2018 upon:

Carole Carter Schriefer, Esquire (Email: Cschriefer@TheHealthLawFirm.com); George F. Indest, III, Esquire (Email: gindest@thehealthlawfirm.com); & Lance O'Neal Leider, Esquire (Email: lleider@thehealthlawfirm.com), The Health Law Firm, 1101 Douglas Avenue, Altamonte Springs, Florida 32714 (Teleph: 407.331.6620; FAX: 407.331.3030), Lead Attorneys for Plaintiffs.

s/ *Russell W. LaPeer*
Attorney