UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DAVID ALLYN, *et al.*

    Plaintiffs,

    v.

AMERICAN BOARD OF MEDICAL SPECIALTIES, INC., *et al.*

    Defendants.

Case no. 5:18-cv-00355-JSM-PRL

**DEFENDANTS' NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(c), on behalf of Defendants, I certify that this action:

_____ IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

\_\_X\_\_ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this **DEFENDANTS' NOTICE OF PENDENCY OF OTHER ACTIONS** upon Plaintiffs' counsel and each party later joined no later than eleven days after appearance of such party.

114162862.1

                    Respectfully submitted,

                    By: */s/ Russell W. LaPeer*
                    Russell W. LaPeer
                    Florida Bar no. 200530
                    **LANDT, WIECHENS, LaPEER, & AYRES, LLP**
                    445 N.E. 8th Avenue
                    Ocala, Florida 34470
                    Tel: (352) 732-8622
                    Fax: (352) 732-1162
                    Email: rlapeer@aol.com &
                    lawsec70@yahoo.com

                    Jack R. Bierig*
                    Benjamin I. Friedman*
                    **SIDLEY AUSTIN LLP**
                    One South Dearborn
                    Chicago, Illinois 60603
                    Telephone No.  (312) 853-7000
                    Facsimile No.   (312) 853-7036
                    jbierig@sidley.com
                    benjamin.friedman@sidley.com

                    **Pro hac vice* (forthcoming)

**DATED:  August 6, 2018**

**CERTIFICATE OF SERVICE**

    I CERTIFY that on August 6, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                    */s/ Russell W. LaPeer*
                    Russell W. LaPeer
                    Florida Bar no. 200530
                    **LANDT, WIECHENS, LaPEER, & AYRES, LLP**
                    445 N.E. 8th Avenue
                    Ocala, Florida 34470
                    Tel: (352) 732-8622
                    Fax: (352) 732-1162
                    Email: rlapeer@aol.com & lawsec70@yahoo.com