UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DAVID ALLYN, *et al.*

    Plaintiffs,

    v.

AMERICAN BOARD OF MEDICAL SPECIALTIES, INC., *et al.*

    Defendants.

Case no. 5:18-cv-00355-JSM-PRL

**UNOPPOSED MOTION OF JACK R. BIERIG TO APPEAR *PRO HAC VICE* AND WRITTEN DESIGNATION AND CONSENT TO ACT PURSUANT TO LOCAL RULE 2.02**

    Pursuant to Rule 2.02(a) of the Local Rules of the Middle District of Florida, Jack R. Bierig hereby files this Motion to Appear *pro hac vice* and Written Designation and Consent to Act. Mr. Bierig seeks permission to be specially admitted to participate in the above-captioned case on behalf of defendants American Board of Medical Specialties, Inc. ("ABMS"), and American Board of Dermatology, Inc. ("ABD") (collectively "Defendants").

    1.    I am an attorney with the law firm Sidley Austin LLP, One South Dearborn Street, Chicago, IL, 60603, Telephone (312) 853-7614, Facsimile (312) 853-7036, and email jbierig@sidley.com.

114162862.1

2.I am an attorney licensed to practice in Illinois, bar no. 207039. I am also a member in good standing and eligible to practice before the United States District Court for the Northern District of Illinois, among other federal courts.

3.I am neither a resident of, nor am I regularly employed or engaged in business, professional, or other activities in the State of Florida. I have not made frequent or regular appearances in separate cases as to constitute the practice of law in the State of Florida. Within the past 365 days, I have not appeared in any case pending in the State of Florida.

4.Based on the foregoing, I have not abused the privilege of appearing in Florida courts.

5.I have received and am familiar with the Local Rules of the United States District Court for the Middle District of Florida, including Rule 2.02 governing Special Admission to Practice, and Rule 2.04 governing Discipline. I have also received and am familiar with the Florida Rules of Professional Conduct and other ethical limitations or requirements governing the professional behavior of the members of the Florida Bar.

6.I am not currently suspended or disbarred in any court, and there are no disciplinary or suspension proceedings pending against me in any Court of the United States or of any State, Territory, or Possession of the United States.

7.Russell W. LaPeer, a member in good standing of the bar of this Court, and a resident of Ocala, Marion County, Florida has been designated and has consented to act as local counsel for the Defendants, in accordance with Local Rule 2.02 (a).

8.All notices and papers may be served on Russell W. LaPeer, and Mr. LaPeer will be responsible for the progress of this case on behalf of the Defendants. In my absence as trial counsel, Russell W. LaPeer, as local counsel, will try the case for the Defendants.

9.	I have completed the form entitled "Special Admission Attorney Certification" required by this Court and will mail an Attorney Special Admission fee in the amount of $150.00 to the Clerk of the United States District Court for the Middle District of Florida as soon as possible.

10.	I have obtained (or pending approval of the *pro hac* application will obtain) a login and password necessary to participate in the Middle District of Florida Case Management/Electronic Case Filing (CM/ECF) system.

**DATED:  August 9, 2018**

>	Respectfully submitted,
>
>	*/s/ Jack R. Bierig*
>	Jack R. Bierig (IL 207039)
>	**SIDLEY AUSTIN LLP**
>	One South Dearborn
>	Chicago, Illinois 60603
>	Telephone No.  (312) 853-7614
>	Facsimile No.  (312) 853-7036
>	Email: jbierig@Sidley.com & efiling@sidley.com
>	Attorney for Defendants

## CONSENT OF DESIGNEE AND CERTIFICATION OF COMPLIANCE

**I HEREBY CONSENT** to the designation and understand my obligations pursuant to Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida and **HEREBY CERTIFY** that the non-resident attorney will mail the Attorney Special Admission fee in the amount of $150.00 as soon as possible and has complied (or will comply) with the e-mail registration requirements necessary to practice law in the United States District Court for the Middle District of Florida.

**DATED:** August 9, 2018

Respectfully submitted,

*/s/  Russell W. LaPeer*
Russell W. LaPeer
Florida Bar no. 200530
**LANDT, WIECHENS, LaPEER, & AYRES LLP**
445 N.E. 8th Avenue
Ocala, Florida 34470
Tel: (352) 732-8622
Fax: (352) 732-1162
Email: rlapeer@aol.com & lawsec70@yahoo.com

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

Pursuant to Local Rule 3.01(g) of the Local Rules of the United States District Court for the Middle District of Florida counsel for the Defendants has conferred with Plaintiffs' counsel. Plaintiffs do not object to the relief requested herein.

*/s/ Russell W. LaPeer*
Attorney

114162862.1

## CERTIFICATE OF SERVICE

I CERTIFY that on August 9, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Russell W. LaPeer*
Attorney
