UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**DAVID ALLYN, M.D., JAMES V. LYNOTT and JOSEPH M. MASESSA, M.D.,**

    Plaintiffs,

v.                                                                                  Case No: 5:18-cv-355-Oc-30PRL

**AMERICAN BOARD OF MEDICAL SPECIALTIES, INC. and AMERICAN BOARD OF DERMATOLOGY, INC.**

    Defendants.

## ORDER

The motion to appear *pro hac vice* of Jack R. Bierig, Esq. and Benjamin I. Friedman, Esq. (Docs. 18, 19) are **GRANTED**, provided counsel **shall register for and use the electronic filing system** as adopted by the Court. After this Order, the Clerk will no longer send copies of docket entries by U.S. Mail to counsel in this case. Counsel can register for a CM/ECF login password through the website at www.flmd.uscourts.gov under "CM/ECF."

Local counsel, Russell W. LaPeer, Esq., fully assumes all responsibilities set forth in Local Rule 2.02, including responsibility for trial in default of the non-resident attorney. If local counsel is unwilling to assume all required responsibilities, a written designation and consent to act by another local attorney must be filed within ten days of the date of this order.

- 2 -

**DONE** and **ORDERED** in Ocala, Florida on August 13, 2018.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties