UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| DAVID ALLYN, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN BOARD OF MEDICAL SPECIALTIES, INC., *et al.*<br><br>Defendants. | Case no. 5:18-cv-00355-JSM-PRL |

**DECLARATION OF THOMAS D. HORN, M.D. IN SUPPORT OF
<u>DEFENDANTS' MOTION TO DISMISS THE COMPLAINT</u>**

I, Thomas D. Horn, M.D., declare as follows:

1. My name is Thomas D. Horn, M.D. I am Board-certified in dermatology and dermatopathology by the American Board of Dermatology, Inc. ("ABD" or the "Board"). I currently serve as Executive Director of ABD.

2. I am also Vice Chair of the Department of Dermatology at Massachusetts General Hospital and a Clinical Professor of Dermatology and Pathology at Harvard Medical School. I have personal knowledge of the matters set forth herein. I submit this declaration in support of Defendants' Motion to Dismiss the Complaint and Supporting Memorandum of Law.

3. Incorporated in 1932, ABD is one of the American Board of Medical Specialties ("ABMS") 24 Member Boards. ABD is a non-profit corporation established to advance the public interest by establishing standards of training, education, and qualifications for physicians specializing in dermatology. The ABD's objective is to provide assurance that those physicians whom it certifies (called "Diplomates") possess and maintain the knowledge and skills essential for the provision of quality, specialized care to patients with cutaneous diseases.

4. Certification by ABD is completely voluntary. The Board does not define requirements for membership on hospital staffs or payment policies of payors. The Board does not define requirements for membership on hospital staffs, gain special recognition or privileges for its Diplomates, or determine who may or may not practice dermatology. No physician is required to be Board certified in order to hold or maintain a medical license or to practice dermatology.

5. ABD certification provides critical information to the public – including patients, hospitals, private third-party payors, and Medicare and Medicaid. Certification by ABD is an indication that the certified dermatologist has completed a dermatology residency approved by the Accreditation Council on Graduate Medical Education and has successfully completed a rigorous

examination in dermatology that is designed to assess the knowledge, experience, and skills necessary to provide high quality care in dermatology at the time the certificate is awarded.

6. Recertification by ABD indicates that the recertified dermatologist is committed to maintaining his or her knowledge and skills through life-long learning and practice improvement.

7. On April 6, 2018, ABD applied to ABMS for authorization to award subspecialty certification in Micrographic Dermatologic Surgery ("MDS"). The dermatologic subspecialty known as MDS integrates clinical dermatology, surgical dermatology, dermatopathology, and basic knowledge of carcinogenesis in order to treat various cutaneous cancers. MDS is a category of dermatologic surgery that includes, but is not limited to, Mohs surgery. Mohs surgery (also called Mohs micrographic surgery or micrographic surgery) is a specialized form of dermatologic surgery whereby skin cancers are removed through techniques that comprehensively map the margins of the cancer. The goals are to ensure that the cancer is removed in its entirety and to preserve as much healthy tissue as possible.

8. The purpose of the MDS subcertification is to assist patients with advanced skin cancer in identifying and accessing physicians with this subspecialty expertise. The subspecialty and its training programs have been in existence for fifty years and have evolved from a unique surgical technique to a subspecialty with a broad body of knowledge and tools through a merger of specialized clinical, pathology, and surgical dermatology skills to manage skin cancer. By seeking authorization to issue subspecialty certificates in MDS, ABD seeks to recognize and confirm the competence of qualified dermatologists certified by the ABD. ABD believes that authorization to grant subspecialty certification in MDS will strengthen the MDS subspecialty, helping to expand the number of fellowship trained physicians, and improving access to care for

those patients requiring treatment of advanced skin cancer by the various techniques covered in current training programs.

9. Before the April 6, 2018 application at issue in this case, ABD twice submitted applications to ABMS for authorization to grant subspecialty certification in areas related to MDS. Neither of those applications was successful. Specifically, in 1987, ABD applied to ABMS to issue subspecialty certificates in Mohs Micrographic Surgery. ABMS denied that application because the name of the subspecialty included the name of a physician (Dr. Frederick Mohs), and the requested certification would have certified a technique, instead of a field of knowledge. In 2009, ABD applied for authorization to issue subspecialty certificates in Procedural Dermatology. Unlike the 1987 application, this application covered a comprehensive field of knowledge and procedural skills. However, ABD withdrew that application before the ABMS Committee on Certification or COCERT made a recommendation to the ABMS Board of Directors.

10. Although hospitals and third-party payors may decide to rely on certifications and subcertifications issued by ABD, the actions of these entities are completely independent of ABD. ABD's decision to apply for authorization to issue subspecialty certificates is based on the existence of a body of knowledge regarding the subspecialty and how the approval of the application would affect patient care, patient access, coordination of care, and the quality of medical knowledge and education. There are no discussions with hospitals, insurers, Medicare or

other third-party payors. Decisions are based on providing the best medical care to patients, not economic outcomes.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August  20, 2018

By: *Thomas D. Horn*

_____

Thomas D. Horn, M.D.