UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DAVID ALLYN, *et al.*

      Plaintiffs,

      v.

AMERICAN BOARD OF MEDICAL
SPECIALTIES, INC., *et al.*

      Defendants.

Case no. 5:18-cv-00355-JSM-PRL

**DECLARATION OF RICHARD E. HAWKINS, M.D. IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

1

I, Richard E. Hawkins, M.D., declare as follows:

1.     My name is Richard E. Hawkins. M.D. I am Board certified in internal medicine and infectious diseases by the American Board of Internal Medicine, and I participate in the maintenance of certification program. Since January 3, 2018, I have been President and Chief Executive Officer of the American Board of Medical Specialties ("ABMS").

2.     Before assuming my post at ABMS, I served as Vice President, Medical Education Outcomes at the American Medical Association and previously served in the United States Navy as an officer in the Medical Corps. I also previously served as Senior Vice President, Professional and Scientific Affairs at ABMS and as Deputy Vice President and Vice President for Assessment Programs at the National Board of Medical Examiners. I have personal knowledge of the matters set forth herein. I submit this declaration in support of Defendants' Motion to Dismiss the Complaint and Supporting Memorandum of Law.

3.     Founded in 1933, ABMS is a nationally recognized, not-for-profit corporation that strives to improve the quality of health care in the United States. ABMS consists of twenty-four Member Boards that certify in a range of medical specialties and subspecialties. A complete list of the ABMS Member Boards can be found on the ABMS website at https://www.abms.org/about-abms/faqs/.

4.     Each Member Board offers general certification in its medical specialty. Member Boards can also apply to ABMS for authorization to issue subspecialty certificates. For ABMS to approve an application to issue a subspecialty certificate, the area of specialization being considered must focus on a distinct and definable patient population, a definable type of care need, and a "stand alone" body of medical knowledge or unique care principles designed solely to meet the needs of that patient population. An applicant for authorization to award subspecialty

2

certification should clearly demonstrate the value of the proposed subcertification in improving access, quality, and coordination of care, as well as medical training and knowledge.

5.      Certification by an ABMS Member Board provides critical information to the public – including patients, hospitals, and third-party payors, both private and governmental. Certification helps demonstrate to the public that a physician meets nationally recognized standards for education, knowledge, experience, and skills. It may also indicate that certified physicians seek to maintain their knowledge and skill through continuous learning and practice improvement. In all cases, certification by a Member Board is a voluntary process, and no physician is required to be Board certified in order to hold or maintain a license to practice medicine.

6.      On April 6, 2018, ABMS received an application from the American Board of Dermatology, Inc. ("ABD") for authorization to award subspecialty certificates in Micrographic Dermatologic Surgery ("MDS"). After receiving the application, ABMS published a "Call for Comments" on the ABMS website. As stated there, ABMS provided several methods for submission of comments on ABD's application. Until July 6, 2018, stakeholders could submit their comments via the ABMS website. From July 6, 2018 until September 7, 2018, comments could be submitted via mail or e-mail. Any comments received by ABMS on or before the close of business on September 7, 2018 will be considered by the ABMS Committee on Certification ("COCERT").

7.      On September 11, 2018, COCERT will consider ABD's application and all comments received on or before September 7, 2018. At the conclusion of that meeting, COCERT will recommend to the ABMS Board of Directors whether to approve or deny the application. It is

unknown whether COCERT will recommend approval or denial of the application to issue subspecialty certificates in MDS.

8.  The ABMS Board of Directors will act on the COCERT recommendation at its meeting on October 26, 2018. Again, it is unknown whether the ABMS Board of Directors will grant or deny the ABD application.

9.  Although hospitals and payors may decide to rely on certifications and subcertifications issued by ABMS Member Boards, their actions are completely independent of ABMS. A decision by ABMS to approve or reject an application for subspecialty certification is based on the existence of a body of knowledge regarding the subspecialty and how the approval of the application would improve the quality of patient care, patient access, coordination of care, and medical training and knowledge. ABMS does not discuss whether to grant authorization to award subspecialty certification with hospitals, insurers, Medicare or other third-party payors. Rather, decisions are based entirely on the assessment by the Board of Directors on whether the proposed subcertification would be in the interests of patient care, patient access, and coordination of care.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 17, 2018

By: _Richard E. Hawkins_
Richard E. Hawkins, M.D.

4