UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DAVID ALLYN, M.D. , JAMES V.
LYNOTT and JOSEPH M. MASESSA,
M.D. ,

    Plaintiffs,

v.                                          Case No: 5:18-cv-355-Oc-30PRL

AMERICAN BOARD OF MEDICAL
SPECIALTIES, INC. and AMERICAN
BOARD OF DERMATOLOGY, INC.,

    Defendants.

## ORDER TO SHOW CAUSE

THIS CAUSE comes before the Court *sua sponte*. Defendants filed a Motion to dismiss (Doc. 21) on August 22, 2018. A review of the file reveals that Plaintiffs have failed to timely respond to said Motion as permitted by Local Rule 3.01(b). The Plaintiffs shall file a response to said Motion **within fourteen (14) days** of the date of this Order or shall **SHOW CAUSE in writing within fourteen (14) days** of this Order why the Court should not consider said Motion without a response by Plaintiffs.

**DONE** and **ORDERED** in Tampa, Florida, this 7th day of September, 2018.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record