# **INDEX TO EXHIBITS TO AMENDED COMPLAINT**

| **Exhibit** | **Description** |
|---|---|
| 1. | American College of Mohs Surgery Patient Information on Mohs Surgery 3/2/2017 |
| 2. | About the American College of Mohs Surgery 6/20/2018 |
| 3. | Letter from President of the American Society for Mohs Surgery to Dr. Richard E. Hawkins, President and CEO of Defendant the American Board of Medical Specialties, dated May 24, 2018, regarding proposed plan to create subspecialty in Mohs Surgery |

S:\001-1699\002\002-ABMS Antitrust Suit\410-Pleadings-Drafts & Finals\EXHIBITS FOR COMPLAINT, AMENDED\0-Exhibit Index-Amended Complaint-MD Florida.wpd