

About | Fellowship Training | Find a Surgeon | Education | Members | Give



**About Mohs Surgery**

**About the ACMS**

Mission, Vision, Values

Board of Directors and Staff

Committees

**News & Notes**

**Inquiries**

**Partners**



# About the ACMS

**The American College of Mohs Surgery (ACMS) is a membership organization of fellowship-trained skin cancer and reconstructive surgeons specializing in the Mohs micrographic surgical technique used to treat skin cancer.**

The ACMS serves as the voice of the specialty, promoting and advancing the highest standards of patient care through fellowship training, research, education and public advocacy.

**Exhibit 2**

Case 5:18-cv-00355-JSM-PRL Document 26-3 Filed 09/10/18 Page 2 of 2 PageID 610

The organization was founded in 1967 by Dr. Frederic E. Mohs and a small group of surgeons who had begun to use Dr. Mohs' technique. Mohs pioneered a highly specialized and precise technique that removes skin cancer in stages, one tissue layer at a time, resulting in minimal damage to the surrounding healthy tissue and the highest potential cure rate, at up to 99%. Dr. Mohs served as the first president of the College.

The procedure has advanced considerably over the years and the College has grown to nearly 1,500 members, all of whom have received advanced fellowship training in Mohs surgery, pathology and reconstructive surgery. The ACMS is the only organization that requires its members to have successfully completed an extensive one- to two-year fellowship training program in Mohs surgery after they have completed their years of dermatology residency training. During their fellowships, physicians participate in at least 500 Mohs surgery cases under the supervision of an experienced Mohs surgeon.

To learn whether Mohs surgery is an appropriate treatment for your skin cancer, find a fellowship trained Mohs surgeon in your area and visit the Mohs College Patient Education site at www.SkinCancerMohsSurgery.org.

## Learn More

- About Mohs Surgery
- History of Mohs Surgery and the ACMS
- Why Choose a Fellowship Trained Mohs Surgeon?



*The gold standard in skin cancer treatment.*

### Office

American College of Mohs Surgery
555 East Wells Street, Suite 1100
Milwaukee, WI 53202-3823
Phone: (414) 347-1103 or (800) 500-7224

### Quick Links

About
Fellowship Training
Find a Surgeon
Education
Members
Give

### Follow Us

© 2018 American College of Mohs Surgery (ACMS). All rights reserved. **Terms of Use**. **Privacy Policy**.