

## AMERICAN SOCIETY FOR MOHS SURGERY

6475 East Pacific Coast Highway, Box 700
Long Beach, California 90803-4201
Tel. 714.379.6262  800.616.ASMS (2767)
Fax 714.362.9540

nrodgers@mohssurgery.org
www.mohssurgery.org

**Officers**

Andrew H. Weinstein, M.D.
President

Lee S. Portnoff, M.D.
President Elect

John Q. Binhlam, M.D.
Immediate Past President

Kevin M. Crawford, M.D.
Secretary-Treasurer

**Board of Directors**

Sanders R. Callaway, M.D.
Evans, GA

Terrence A. Cronin, Jr. M.D.
Melbourne, FL

William I. Dillon, M.D.
Bowling Green, OH

Adrian M. Guevara, M.D.
El Paso, TX

Jonathan Kantor, M.D.
St. Augustine, FL

Larissa Zaulyanov Scanlan, M.D.
Delray Beach, FL

Paul A. Storrs, M.D.
Palos Heights, IL

**Executive Director**

Novella M. Rodgers, M.S.

May 24, 2018

Dear Dr. Hawkins:

As President of the American Society for Mohs Surgery (ASMS), I write on behalf of more than 900 Mohs surgeons (MSs) and diplomates of the American Board of Dermatology (ABD) to oppose adoption of the ABD's application for sub-certification (SC) in Micrographic Dermatologic Surgery (MDS). ASMS represents 40% of the potential diplomates of this SC.

I oppose SC on the following grounds:

1. It is unnecessary, based on available data
2. SC is not widely supported by Dermatologists
3. MDS is a procedure, and ABMS has consistently declined to grant SC to procedures
4. The SC application is constructed such as to mislead the COCERT

### Unnecessary

Albeit complex, the proposal is to certify a **single** procedure.  Since its development, dermatologists have demonstrated that their formal training in cutaneous surgery and pathology sufficiently prepares them to master the Mohs technique.  There are no data supporting the position that this procedure requires fellowship training.  Except for the introduction of immunohistochemistry for treatment of specific tumors, Mohs micrographic surgery (MMS) has not significantly evolved since the introduction of the fresh tissue technique in the early 1970s.  Most dermatologists have the requisite skills to perform MMS. The best data available indicates that there are no known quality differences between dermatologists practicing MMS with and without fellowship training. [1,2] Teaching methods for all aspects of "MDS" are available and actively employed. Courses exist in micrographic surgery, reconstruction, MMS histopathology, tissue processing, and laboratory setup. There are preceptorships, histopathology teaching slide sets, training manuals, and videos. Of course, the technique, and its requisite skills, are learned in dermatology residency.

The ABD application lacks clear rationale for seeking SC. It is bereft of convincing reasons for SC other than a desire to "recognize the efforts" of fellowship participants. A close look at the application reveals significant inconsistency and an inchoate justification. They claim that the purported specialty of MMS has been in existence for 50 years (application page 1) but ACGME fellowships have been in place for only 14 years. Thus, for 36 years, neither fellowships nor SC were needed to master the



**Exhibit 3**


AMERICAN SOCIETY FOR MOHS SURGERY

procedure. The ABD purports that SC would make it easier for patients to identify physicians with Mohs surgery expertise. A majority of dermatologists know that their ABD certification already assures patients of the expertise needed to treat their advanced skin cancer.

**Not Supported By Dermatologists**

The application implies that the impetus for SC comes from groups representing all dermatologists. This is untrue. Supporting letters come from only two of six stakeholders identified by the ABD in their application: the Association of Professors of Dermatology (APD) and the American College of Mohs Surgery (ACMS). Members in these two groups comprise less than 11% of all board-certified dermatologists. The letters from these organizations thus do not represent the wishes of an overwhelming majority of dermatologists. These organizations and the ABD seem to have acted in concert. The ABD kept all details of the application process from the remaining four stakeholders: the American Academy of Dermatology (AAD), the American Dermatological Association, the American Society for Dermatologic Surgery, and the ASMS. There appears to be close and private cooperation between the ABD and the ACMS in the application process. The ACMS President, at the time that the ABD voted to seek SC, was an ABD member. The ABD Assistant Executive Director also is an ACMS member. Both the ABD's s Executive Director and Assistant Director are representatives to the APD. These organizations work hand in hand.

One week prior to submission of their application, representatives of the ABD reported to the Advisory Board of the American Academy of Dermatology that it had no plans to apply for SC. Bizarrely, the ABD's Executive Director further denied that the ABD had surveyed its membership on the subject. This was a false statement. Several present at the meeting had just completed the survey. An assumption can be made that the ABD's choice not to release the survey results was based on the fact that it did not show support for SC.

Polls have consistently shown a lack of support among board-certified dermatologists for SC. At a recent Florida Society for Dermatology and Dermatologic Surgery (FSDDS) meeting, 88% of those attending opposed SC. The ASDS conducted two polls in the past; each showed that 69% of members were opposed. In a recent poll of AAD members, 51% supported SC. 30% of respondents were ACMS members, who account for only 11% of AAD members (a significant overrepresentation). Statistical analysis showed that half of the 51% in favor of SC were ACMS members. If one is to credit the AAD poll results on face value, it still shows that half of all dermatologists oppose this SC. Despite lack of support from the Dermatology community, and without rational need, the ABD still pursued SC.

**MDS (Mohs) Is a Procedure, Not a Specialty**

MDS is a single procedure, essentially used only for 8 cancer types, but typically for 2; greater than 90% are basal cell and squamous cell carcinomas. Even including reconstructive techniques, wound care and multidisciplinary management, which are not truly part of the Mohs technique, this limited body of knowledge stands in sharp

Case 5:18-cv-00355-JSM-PRL   Document 26-4   Filed 09/10/18   Page 3 of 4 PageID 613



contrast to the current Dermatology sub-certifications in Pediatric Dermatology and Dermatopathology. Both require a high level of expertise in treating hundreds of different disease entities and overlap other specialties. MMS also stands in contrast to other comprehensive fields which offer ACGME fellowship without SC. Oculoplastic and Reconstructive Surgery is one such example. Despite these surgeons performing a wide variety of procedures (of which cancer treatment in only one), there is no SC. The same is true for several sub-specialties within Orthopedic Surgery, such as Orthopedic Spine Surgery. One could not imagine picking out a procedure from one of these and certifying it. Granting SC to MDS would be like granting SC to blepharoplasty or to anterior discectomy and fusion. Other specialties with ACGME fellowships but no corresponding SC include Plastic Surgery, Radiology and Neurosurgery.

The ABMS has already determined that MMS is unworthy of SC, rejecting a similar ABD application in 2009. That SC application combined Micrographic Surgery with Procedural Dermatology, a very broad body of knowledge of surgical and cosmetic procedures. The ABD's current application for SC encompasses an even more limited body of knowledge.

*Misleading Application*

This is the third application to COCERT for Mohs SC. The previous two were rejected by ABMS, even though they covered far larger bodies of knowledge. Since the first attempt, other surgical specialties have been concerned about the creation of a credential that allows MSs to claim a unique qualification regarding the repair of Mohs surgical defects. In fact, these reconstructive skills are shared among many specialties, and with dermatologists who do not perform Mohs surgery.

The application also seems to attempt to confuse the reader concerning **1)** limited dermatologists' support for MDS; **2)** the training and skills required to perform MDS; and **3)** which dermatology stakeholder groups are supporting SC.

MDS SC would be divisive for our small specialty. If MDS is approved, you should expect applications for further SC in dermatology. After this, it would be easy to imagine SC in the following concentrations, each representing a broader area than MDS: cosmetic dermatology, laser dermatologic surgery, and medical dermatology. If you add together these concentrations, you arrive at a certification that is already in place. Dermatology is the sum of these areas. It would be a mistake to allow dermatology to become unnecessarily fractured.

In summary, there are many reasons to deny this application. Contrast these with the primary reason given by the ABD: to recognize the efforts of those fellowship-trained dermatologists.

I urge the COCERT to see this for what it is, an attempt to create a monopoly for a small group of physicians who treat skin cancer. In doing so, the ABMS would disturb a system that is working quite well, in exchange for one with needless obstacles to patient care and access.



Very truly yours,

Andrew Weinstein MD, MPH, FAAD
Diplomate, American Board of Dermatology

References:

1. Krishnan A, et al: Outlier practice patterns in Mohs micrographic surgery: Defining the problem and a proposed solution. *JAMA Dermatol 2017;153(6):565-570.*

2. Steinman HK, Clever H, Dixon, A: The characteristics of Mohs surgery performed by dermatologists who learned the procedure during residency training or through postgraduate courses and observational preceptorships. *Proc (Bayl Univ Med Cent) 2016;29(2):119–123.*