IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Ocala, Florida

DAVID ALLYN, M.D.,
JAMES V. LYNOTT, M.D.,
JOSEPH M. MASESSA, M.D.,
JEFFREY BAUER HORTON, M.D., J.D.,
and MONT JAY CARTWRIGHT, M.D.,

          No.: 5:18-cv-355-Oc-30PRL

    Plaintiffs,

vs.

AMERICAN BOARD OF MEDICAL
SPECIALTIES, INC., an Illinois corporation,
and AMERICAN BOARD OF DERMA-
TOLOGY, INC., a Delaware corporation,
authorized to do business in Massachusetts,

          Amended Notice of Unavailability

    Defendants.
_____/

## AMENDED NOTICE OF UNAVAILABILITY

Counsel for Plaintiffs hereby gives notice of unavailability to the Court and all attorneys of record in this cause during the following periods:

1. September 11-17, 2018;
2. October 9-11, 2018;
3. November 3-9, 2018; and
4. November 27-29, 2018.

The undersigned requests that no hearings, depositions or other motions or matters be scheduled during the aforementioned time periods.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have filed this document electronically with the Clerk of

Court via the CM/ECF System, which automatically serves all counsel of record; on this 10th day of September 2018.

/s/ George F. Indest III
**GEORGE F. INDEST III, J.D., M.P.A., LL.M.**
Florida Bar No.: 382426
Primary e-mail: GIndest@TheHealthLawFirm.com
Secondary e-mail: CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**CAROLE C. SCHRIEFER, R.N., J.D.**
Florida Bar No.: 835293
Primary e-mail: CSchriefer@TheHealthLawFirm.com
Secondary e-mail: CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**LANCE O. LEIDER, J.D., LL.M.**
Florida Bar No.: 96408
Primary e-mail: LLeider@TheHealthLawFirm.com
Secondary e-mail: CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**THE HEALTH LAW FIRM**
1101 Douglas Avenue
Altamonte Springs, Florida 32714
Telephone: (407) 331-6620
Telefax: (407) 331-3030
**ATTORNEYS FOR PLAINTIFFS**

GFI/pa
S:\001-1699\002\002-ABMS Antitrust Suit\410-Pleadings-Drafts & Finals\Unavilability\Notice of Unavailability-4.wpd