IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Ocala, Florida

DAVID ALLYN, M.D.,
JAMES V. LYNOTT, M.D.,
JOSEPH M. MASESSA, M.D.,
JEFFREY BAUER HORTON, M.D., J.D.,
and MONT JAY CARTWRIGHT, M.D.,  No.: 5:18-cv-355-Oc-30PRL

    Plaintiffs,

vs.

AMERICAN BOARD OF MEDICAL
SPECIALTIES, INC., an Illinois corporation,
and AMERICAN BOARD OF DERMA-  Motion for Enlargement of Time to
TOLOGY, INC., a Delaware corporation,  Conduct Case Management Conference
authorized to do business in Massachusetts,

    Defendants.
_____/

PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME

TO CONDUCT CASE MANAGEMENT CONFERENCE

COME NOW Plaintiffs in the above-referenced matter, by and through his undersigned counsel and moves this Court for an extension of time to meet and confer with Defendants for the purpose of preparing and filing a Case Management Report, until at least forty-five (45) days after service of the Amended Complaint [Doc. 26], which was served on September 10, 2018, stating:

BACKGROUND FACTS

1.    On July 11, 2018, Plaintiffs filed their original Verified Complaint [Doc. 1], which was served on Defendants on July 18, 2018.

2. On July 13, 2018, the Court issued a Related Case Order and Track Two Notice [Doc. 6], which states, in relevant part:

> Counsel and any unrepresented party shall meet within forty-five days after service of the complaint upon any defendant or the first appearance of the defendant, for the purpose of preparing and filing a Case Management Report.

3. On August 3, 2018, Defendant's local counsel, Russell W. LaPeer, & Russell W. LaPeer, P.A., of the law firm Landt, Wiechens, LaPeer, & Ayers, LLP., filed a Notice of Appearance as Designated Local Counsel [Doc. 15].

4. On August 3, 2018, Plaintiffs' counsel served a copy of the Related Case Order and Track Two Notice on all Defendants' counsel via e-mail.

5. On August 22, 2018, Defendants filed a Motion to Dismiss the Complaint [Doc. 21].

6. On September 10, 2018, Plaintiffs served and filed an Amended Complaint [Doc. 26].

7. It is believed that Defendants will most likely file another motion to dismiss the Amended Complaint.

8. Counsel for Plaintiffs certifies that Plaintiffs' counsel has in good faith contacted counsel for Defendants and requested concurrence with this motion. Counsel for defendants did not agree.

## RELIEF REQUESTED

9. Plaintiffs respectfully request that the Court enter an Order extending the time to conduct a case management conference until at least an additional 45 days after filing the Amended

Complaint.

## MEMORANDUM OF LAW

Rule 6(b)(1)(A), Federal Rules of Civil Procedure, permits the court to grant an extension of time for good cause. <u>Jozwiak v. Stryker Corp.</u>, 2010 WL743834, at *2 (M.D. Fla. Feb. 26, 2010).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have filed this document electronically with the Clerk of Court via the CM/ECF System, which automatically serves all counsel of record, on this 17th day of September 2018.

/s/  George F. Indest III
_____
GEORGE F. INDEST III, J.D., M.P.A., LL.M.
Florida Bar No.:  382426
Primary e-mail:  GIndest@TheHealthLawFirm.com
Secondary e-mail:  CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
CAROLE C. SCHRIEFER, R.N., J.D.
Florida Bar No.:  835293
Primary e-mail:  CSchriefer@TheHealthLawFirm.com
Secondary e-mail:  CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
LANCE O. LEIDER, J.D., LL.M.
Florida Bar No.:  96408
Primary e-mail:  LLeider@TheHealthLawFirm.com
Secondary e-mail:  CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
THE HEALTH LAW FIRM
1101 Douglas Avenue
Altamonte Springs, Florida 32714
Telephone:  (407) 331-6620
Telefax:  (407) 331-3030
ATTORNEYS FOR PLAINTIFFS

GFI/pa     S:\001-1699\002\002-ABMS Antitrust Suit\410-Pleadings-Drafts & Finals\Mot Enlargment of Time to Hold CMC.wpd