UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| DAVID ALLYN, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN BOARD OF MEDICAL SPECIALTIES, INC., *et al.* <br><br> Defendants. | Case no. 5:18-cv-00355-JSM-PRL |

**SUPPLEMENTAL DECLARATION OF JACK R. BIERIG IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

1

I, Jack R. Bierig, declare as follows:

1. My name is Jack R. Bierig. I am an attorney with Sidley Austin LLP, in Chicago, Illinois. I have been admitted *pro hac vice* to serve as counsel for defendants American Board of Medical Specialties ("ABMS") and American Board of Dermatology, Inc. ("ABD") (collectively, "defendants"). ECF No. 20. I have personal knowledge of the matters set forth herein. I submit this declaration in support of defendants' Motion to Dismiss the Complaint and Supporting Memorandum of Law.

2. On July 6, 2018, the American Board of Otolaryngology – Head and Neck Surgery ("ABOHNS") and the American Board of Plastic Surgery ("ABPS") sent a letter to the ABMS Committee on Certification, or COCERT, regarding ABD's proposal for a subspecialty certification in Micrographic Dermatologic Surgery. Both organizations "acknowledge[d] the unique merger of diagnosis and management of skin cancers afforded by Mohs Micrographic Surgery (MMS)," but asked that their Boards "be included as Qualifying Boards so that their diplomats in good standing, who can demonstrate fellowship training in MMS and a significant volume/experience in MMS can have the opportunity to become board certified in MDS." A true and correct copy of ABOHNS and ABPS's July 6, 2018 letter to COCERT is attached as **Exhibit A**.

3. On July 17, 2018, ABD sent a letter to ABOHNS and ABPS. The letter explained that, "in the spirit of inclusion, ABD would like to provide the opportunity for the ABOHNS and ABPS to be included as Qualifying Boards after the MDS subspecialty certificate is approved by ABMS" and that ABD's "executive committee recently approved the concept unanimously." A true and correct copy of ABD's July 17, 2018 letter to ABOHNS

2

and ABPS is attached as **Exhibit B**.

4.  In the spirit of inclusion, ABD has indicated that it is willing to consider further expansion of the list of Qualifying Boards whose Diplomates can have the opportunity to become Board certified in MDS, as long as they are in good standing and can demonstrate significant volume or experience in MDS. In particular, the ABD is willing to consider adding the American Board of Ophthalmology as a Qualifying Board. *See* Email dated September 10, 2018 from Thomas D. Horn, M.D., M.B.A., Executive Director of ABD (attached as **Exhibit C**).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 24, 2018            By: ___/s/ Jack R. Bierig___
                                               Jack R. Bierig

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 24, 2018, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record in this case.

               */s/ Jack R. Bierig*
               Jack R. Bierig
               Benjamin I. Friedman
               **SIDLEY AUSTIN LLP**
               One South Dearborn
               Chicago, Illinois 60603
               Telephone No.  (312) 853-7000
               Facsimile No.   (312) 853-7036
               jbierig@sidley.com
               benjamin.friedman@sidley.com

               Admitted *Pro Hac Vice*