# EXHIBIT A

July 6, 2018

ABMS COCERT Committee
C/O Mira Irons, MD
ABMS
353 N. Clark St., Suite 1400
Chicago, IL. 60654

Re:  American Board of Dermatology proposal for Sub-Specialty certification in Micrographic Dermatologic Surgery

The American Board of Otolaryngology – Head and Neck Surgery (ABOHNS) and the American Board of Plastic Surgery (ABPS) would like to provide additional comments regarding the American Board of Dermatology (ABD) proposal for Sub-Specialty certification in Micrographic Dermatologic Surgery (MDS). The ABOHNS, ABPS and leadership from related societies acknowledge the unique merger of diagnosis and management of skin cancers afforded by Mohs Micrographic Surgery (MMS). To be an effective Mohs surgeon, one must be knowledgeable in the clinical presentation of skin cancers (clinical dermatology) and the identification of pathological skin lesions (dermatopathology). While the most obvious pathway for obtaining this knowledge is through a Dermatology residency, it is not the only pathway. Excellent care of skin cancers by MMS has been provided by numerous non-ABD surgeons for decades. These surgeons completed a MMS fellowship and obtained experience through years of clinical practice. These surgeons deserve an opportunity to demonstrate their competence.

In question 2 and 8.c. of the Subspecialty application ABD proposes a 5-year practice pathway that will allow Board certified Dermatologists with significant experience in MMS to be eligible to take the Sub-Specialty exam in MDS. In the spirit of inclusion not exclusion, the below signed groups would like the opportunity in the future for the ABOHNS and ABPS to be included as Qualifying Boards so that their diplomates in good standing, who can also demonstrate fellowship training in MMS and a significant volume/experience in MMS can have the opportunity to become board certified in MDS.

The groups are also concerned that the wording in question 6. c. Scope of Practice may be misconstrued by hospital credentialers and payers to suggest that MDS certified surgeons are the only surgeons qualified to reconstruct defects created by MMS. Other ABMS board certified surgeons that are diplomates of the ABPS and ABOHNS receive extensive training in reconstruction, are tested in this area on initial and maintenance of certification exams, have a long history of providing excellent reconstructive management of Mohs defects for decades, and reconstruction of skin defects is often their primary practice. The groups would like to see language added to this section that specifies that Mohs excisions may require the services of surgical reconstructive consultants separate and in addition to the surgeon certified in MDS. The inclusion of reconstructive training during the ACGME Micrographic Surgery and Dermatologic Oncology fellowship should not be interpreted to mean that only diplomates with the MDS Subspecialty certificate are capable of reconstructing Mohs defects.

Thank you again for the opportunity to provide comments on this proposal.

Respectfully,

Brian Nussenbaum, MD, MHCM
Executive Director
American Board of Otolaryngology-
Head and Neck Surgery

Keith Brandt, MD, FACS
Executive Director
American Board of Plastic Surgery

Jeffrey Janis, MD
President
American Society of Plastic Surgeons

James C. Denneny III, MD
Executive Vice President and CEO
American Academy of Otolaryngology-Head
and Neck Surgery

William H. Truswell, MD
President
American Academy of Facial Plastic and Reconstructive Surgery