# EXHIBIT B



**American Board of Dermatology**

2 Wells Avenue
Newton, MA  02459
Office: 617.910.6400

E-mail: abderm@hfhs.org
Website: www.abderm.org

**Executive Board**
Thomas D. Horn, MD, MBA
Executive Director

Lela A. Lee, MD
Associate Executive Director

Randall K. Roenigk, MD
Assistant Executive Director

**Officers**
Janet A. Fairley, MD
President

Clark C. Otley, MD
Vice President

**Directors**
Anna L. Bruckner, MD
Aurora, Colorado

Edward W. Cowen, MD
Potomac, Maryland

Dirk M. Elston, MD
Charleston, South Carolina

Janet A. Fairley, MD
Iowa City, Iowa

Tammie C. Ferringer, MD
Danville, Pennsylvania

Warren R. Heymann, MD
Marlton, New Jersey

Christine J. Ko, MD
New Haven, Connecticut

Moise L. Levy, MD
Austin, Texas

Julia R. Nunley, MD
Richmond, Virginia

Clark C. Otley, MD
Rochester, Minnesota

Julie V. Schaffer, MD
Hackensack, New Jersey

Mary S. Stone, MD
Iowa City, Iowa

Erik J. Stratman, MD
Marshfield, Wisconsin

Hensin Tsao, MD
Boston, Massachusetts

Allison Vidimos, MD
Cleveland, Ohio

Carl V. Washington, MD
Decatur, Georgia

Bruce M. Bartels
Public Member

July 17, 2018

Brian Nussenbaum, MD
American Board of Otolaryngology
5615 Kirby Drive
Suite 600
Houston, TX 77005

Keith Brandt, MD
American Board of Plastic Surgery
Seven Penn Center
1635 Market Street, Suite 400
Philadelphia, PA 19103-2204

Dear Brian and Keith:

The American Board of Dermatology appreciates the supportive comments from the American Board of Otolaryngology – Head and Neck Surgery (ABOHNS) and the American Board of Plastic Surgery (ABPS) regarding our application for subspecialty certification in Micrographic Dermatologic Surgery (MDS).  It is our firm belief that the creation of this certificate will complement our ACGME accredited programs and provide an opportunity for those trained in this discipline to publicly display ABMS credentials.

In response to your request and in the spirit of inclusion, ABD would like to provide the opportunity for the ABOHNS and ABPS to be included as Qualifying Boards after the MDS subspecialty certificate is approved by ABMS.  Our executive committee recently approved the concept unanimously.  It is our understanding that adding Qualifying Boards to an established subspecialty will need to go through the vetting process of COCERT followed by approval by the ABMS board of directors and as such will require that the three MB's file an application with details about the process.   We look forward to working with you on that application so your diplomates who demonstrate fellowship training in MDS and a significant volume/experience in MDS may also have the opportunity to become board certified.

Thank you for your support and cooperation.

Sincerely,

*Thomas D. Horn*

Thomas D. Horn, MD, MBA
Executive Director

*Randall K. Roenigk*

Randall K. Roenigk, MD
Assistant Executive Director

/seh