# EXHIBIT C

| | |
|---|---|
| **From:** | Horn, Thomas,M.D. |
| **To:** | William McVisk |
| **Cc:** | Bierig, Jack R.; John Mandelbaum; Roenigk, Randall K., M.D.; Lela Lee (lee.lela.a@gmail.com); Logan, Monica L; McGowan, Elysia Mari; Hart, Sharon; Friedman, Benjamin I.; Russ LaPeer |
| **Subject:** | Re: Allyn Litigation |
| **Date:** | Monday, September 10, 2018 5:27:59 PM |

We are already in discussion with Plastics and ENT to add them as "qualifying boards" meaning that their appropriately trained diplomates could sit for our exam. I don't see a reason that the offer can't be extended to ophthalmologists. The idea of non-ABD Boards as qualifying Boards will be mentioned in my comments tomorrow.

Sent from my iPhone