IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Ocala, Florida

DAVID ALLYN, M.D.,
JAMES V. LYNOTT, M.D.,
JOSEPH M. MASESSA, M.D.,
JEFFREY BAUER HORTON, M.D., J.D.,
and MONT JAY CARTWRIGHT, M.D.,   No.:  5:18-cv-355-Oc-30PRL

      Plaintiffs,

vs.

AMERICAN BOARD OF MEDICAL
SPECIALTIES, INC., an Illinois corporation,
and AMERICAN BOARD OF                         Agreed Motion for Enlargement of
DERMATOLOGY, INC., a Delaware                 Time to Respond to Defendants'
corporation, authorized to do business in     Motion to Dismiss and Defendants'
Massachusetts,                                Motion for Costs and Attorneys' Fees

      Defendants.
_____/

**PLAINTIFFS' AGREED MOTION FOR ENLARGEMENT OF TIME**

**TO RESPOND TO DEFENDANTS' MOTION TO DISMISS THE AMENDED**

**COMPLAINT AND DEFENDANTS' MOTION FOR COSTS AND ATTORNEYS' FEES**

      **COME NOW** Plaintiffs in the above-referenced matter, by and through their undersigned counsel and move this Court for an extension of time to file their Responses in Opposition to Defendants' Motion to Dismiss the Amended Complaint [Doc. 31] and Defendants' Motion for Costs and Attorneys' Fees, or, Alternatively, for an Order Requiring Plaintiffs to Post Bond [Doc. 33], stating:

## BACKGROUND FACTS

1. On September 10, 2018, Plaintiffs filed and served an Amended Complaint [Doc. 26].

2. On September 24, 2018, Defendants' filed a Motion to Dismiss the Amended Complaint [Doc. 31] and a Motion for Costs and Attorneys' Fees, or, Alternatively, for an Order Requiring Plaintiffs to Post Bond [Doc. 33].

3. Undersigned counsel requires additional time in which to reply to both pending motions. Neither Defendant would be prejudiced by the requested extension of time.

## RELIEF REQUESTED

4. Plaintiffs respectfully request that the Court grant a ten (10) day extension of time to respond to Defendants' Dispositive Motion to Dismiss the Amended Complaint [Doc. 31] and Defendants' Motion for Costs and Attorneys' Fees, or, Alternatively, for an Order Requiring Plaintiffs to Post Bond [Doc. 33], making both due on Friday, October 19, 2018.

## CERTIFICATE OF COMPLIANCE

5. Undersigned certifies compliance with Local Rule 3.01(g).

6. Counsel for Plaintiffs certifies that Plaintiffs' counsel has in good faith contacted counsel for Defendants and requested concurrence with this motion. Counsel for Defendants agreed to a ten (10) day extension for Plaintiffs to respond to the pending motions.

## MEMORANDUM OF LAW

Plaintiffs are making this request for an extension of time in good faith and pursuant to Rule 6(b)(1)(A), Fed.R.Civ.P., and it is not made for purposes of improper delay.

Rule 6(b)(1)(A), Federal Rules of Civil Procedure, permits the court to grant an extension of time for good cause. Jozwiak v. Stryker Corp., 2010 WL743834, at *2 (M.D. Fla. Feb. 26, 2010).

The Court has inherent authority to grant extension of time to act upon its own orders. In the present case, given the complexity of this case and the absence of any real prejudice to the Defendants, the Court should grant the request for an extension of time.

**WHEREFORE,** Plaintiffs respectfully request the Court grant a ten (10) day extension of time to respond to Defendants' Dispositive Motion to Dismiss the Amended Complaint [Doc. 31] and Defendants' Motion for Costs and Attorneys' Fees, or, Alternatively, for an Order Requiring Plaintiffs to Post Bond [Doc. 33], making both due on Friday, October 19, 2018, or such other reasonable relief as the Court would grant.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have filed this document electronically with the Clerk of Court via the CM/ECF System, which automatically serves all counsel of record, on this 9th day of October  2018.

/s/ George F. Indest III
_____
**GEORGE F. INDEST III, J.D., M.P.A., LL.M.**
Florida Bar No.:  382426
Primary e-mail:  GIndest@TheHealthLawFirm.com
Secondary e-mail:  CourtFilings@TheHealthLawFirm.com

TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**CAROLE C. SCHRIEFER, R.N., J.D.**
Florida Bar No.:  835293
Primary e-mail:  CSchriefer@TheHealthLawFirm.com
Secondary e-mail:  CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**LANCE O. LEIDER, J.D., LL.M.**
Florida Bar No.:  96408
Primary e-mail:  LLeider@TheHealthLawFirm.com
Secondary e-mail:  CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**THE HEALTH LAW FIRM**
1101 Douglas Avenue
Altamonte Springs, Florida 32714
Telephone:  (407) 331-6620
Telefax:  (407) 331-3030
**ATTORNEYS FOR PLAINTIFFS**

GFI/pa
 S:\001-1699\002\002-ABMS Antitrust Suit\410-Pleadings-Drafts & Finals\Mot Enlgmt of Time Resp MTD Final.wpd