IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Ocala, Florida

DAVID ALLYN, M.D.,
JAMES V. LYNOTT, M.D.,
JOSEPH M. MASESSA, M.D.,
JEFFREY BAUER HORTON, M.D., J.D.,
and MONT JAY CARTWRIGHT, M.D.,   **No.:** 5:18-cv-355-Oc-30PRL

    Plaintiffs,

vs.

AMERICAN BOARD OF MEDICAL
SPECIALTIES, INC., an Illinois corporation,
and AMERICAN BOARD OF DERMA-   **Motion for Enlargement of Time to File**
TOLOGY, INC., a Delaware corporation,   **Case Management Report**
authorized to do business in Massachusetts,

    Defendants.
_____/

## PLAINTIFFS' UNOPPOSED MOTION FOR

## ENLARGEMENT OF TIME TO FILE CASE MANAGEMENT REPORT

**COME NOW** Plaintiffs in the above-referenced matter, by and through their undersigned counsel and move this Court for a two (2) day extension of time to file a Case Management Report, stating:

### BACKGROUND FACTS

1. On September 25, 2018, the parties conducted a telephonic case management conference.

2. Pursuant to Local Rule 3.05(c)(2)(B), the Case Management Report must be filed within 14 days after the meeting. Counsel for Plaintiffs provided counsel for Defendants a draft Case Management Report for review and suggested revision on October 5, 2018.

3. Upon receipt Counsel for Defendants requested a number of changes to be made. The suggested revisions were received by Plaintiffs' counsel on October 9, 2018.

4. Lead counsel for Defendants indicated that he would not be available for the remainder of the day and requested that Plaintiffs refrain from filing the revised Case Management Report until the final draft could be circulated and reviewed by all parties.

## RELIEF REQUESTED

5. Plaintiffs respectfully request that the Court enter an Order extending the time to file the Case Management Report for an additional two (2) days, until October 11, 2018, to allow all parties to review and accept the implemented revisions requested by Defendants and made by Plaintiffs  Additional time may be necessary depending on the availability of Defendants' local counsel and disruptions caused by the approach of Hurricane Michael.

## MEMORANDUM OF LAW

Rule 6(b)(1)(A), Federal Rules of Civil Procedure, permits the court to grant an extension of time for good cause. <u>Jozwiak v. Stryker Corp.</u>, 2010 WL743834, at *2 (M.D. Fla. Feb. 26, 2010).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have filed this document electronically with the Clerk of Court via the CM/ECF System, which automatically serves all counsel of record, on this 9th day of October 2018.

/s/ George F. Indest III
_____
**GEORGE F. INDEST III, J.D., M.P.A., LL.M.**
Florida Bar No.: 382426
Primary e-mail: GIndest@TheHealthLawFirm.com
Secondary e-mail: CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**CAROLE C. SCHRIEFER, R.N., J.D.**
Florida Bar No.: 835293
Primary e-mail: CSchriefer@TheHealthLawFirm.com
Secondary e-mail: CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**LANCE O. LEIDER, J.D., LL.M.**
Florida Bar No.: 96408
Primary e-mail: LLeider@TheHealthLawFirm.com
Secondary e-mail: CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**THE HEALTH LAW FIRM**
1101 Douglas Avenue
Altamonte Springs, Florida 32714
Telephone: (407) 331-6620
Telefax: (407) 331-3030
**ATTORNEYS FOR PLAINTIFFS**

GFI/pa
S:\001-1699\002\002-ABMS Antitrust Suit\410-Pleadings-Drafts & Finals\Mot Enlrgmt of Time Case Mgmt Report.wpd