**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**Ocala, Florida**

DAVID ALLYN, M.D.,
JAMES V. LYNOTT, M.D.,
JOSEPH M. MASESSA, M.D.,
JEFFREY BAUER HORTON, M.D., J.D.,
and MONT JAY CARTWRIGHT, M.D.,                    **No.:** 5:18-cv-355-Oc-30PRL

       Plaintiffs,

vs.

AMERICAN BOARD OF MEDICAL
SPECIALTIES, INC., an Illinois corporation,
and AMERICAN BOARD OF DERMA-           **Motion Requesting Leave to File**
TOLOGY, INC., a Delaware corporation,       **A Response in Excess of 20 Pages**
authorized to do business in Massachusetts,

       Defendants.

_____/

**PLAINTIFFS' AGREED MOTION FOR LEAVE TO**

**FILE A RESPONSE IN EXCESS OF TWENTY (20) PAGES**

    **COME NOW** Plaintiffs in the above-referenced matter, by and through undersigned counsel, and hereby respectfully move the Court for leave to file an over-length Response in Opposition to Defendants' Dispositive Motion to Dismiss the Amended Complaint and Supporting Memorandum of Law of 22 pages stating:

    1.    Plaintiffs' seek to file a response that is longer than the 20 pages afforded by the Rules.  This is warranted given the complexity of the legal issues involved in this action. Plaintiffs' have attempted diligently to stay within the page limit, but the complexity of the issue

and the importance of the facts presented necessitates an explanation in excess of the allotted 20 pages.

2.      Plaintiffs' make this Motion requesting leave to exceed the page limit to 22 pages in order to fully present all of the relevant facts and legal arguments relating to the necessity for the Court to consider Plaintiffs' Response.  Plaintiffs' have presented only the most relevant and compelling arguments, while not including frivolous arguments.

3.      The undersigned certifies compliance with Local Rule 3.01(g).  Counsel for Plaintiffs certifies that Plaintiffs' counsel has in good faith contacted counsel for Defendants and requested concurrence with this motion who agreed to an additional two pages, enlarging the Response to 22 pages.

## MEMORANDUM OF LAW

Local Rule 3.01(d) states:

> A motion requesting leave to file either a motion in excess of twenty-five (25) pages, a response in excess of twenty (20) pages, or a reply or further memorandum shall not exceed three (3) pages, shall specify the length of the proposed filing, and shall not include, as an attachment or otherwise, the proposed motion, response, reply, or other paper.

The Court has inherent authority to grant leave to file a motion response in excess of 20 pages.  Given the complexity of this case, the Court should grant the request for leave to file a response in excess of 20 pages.

**WHEREFORE,** for the reasons set forth above, Plaintiffs respectfully request the Court grant their motion for leave to file their Response to Defendants' Motion to Dismiss in excess of twenty (20) pages.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have filed this document electronically with the Clerk of Court via the CM/ECF System, which automatically serves all counsel of record, on this 19th day of October 2018.

   /s/  George F. Indest III

**GEORGE F. INDEST III, J.D., M.P.A., LL.M.**
Florida Bar No.:  382426
Primary e-mail:  GIndest@TheHealthLawFirm.com
Secondary e-mail:  CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**CAROLE C. SCHRIEFER, R.N., J.D.**
Florida Bar No.:  835293
Primary e-mail:  CSchriefer@TheHealthLawFirm.com
Secondary e-mail:  CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**LANCE O. LEIDER, J.D., LL.M.**
Florida Bar No.:  96408
Primary e-mail:  LLeider@TheHealthLawFirm.com
Secondary e-mail:  CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**THE HEALTH LAW FIRM**
1101 Douglas Avenue
Altamonte Springs, Florida 32714
Telephone:  (407) 331-6620
Telefax:  (407) 331-3030
**ATTORNEYS FOR PLAINTIFFS**
**LANCE O. LEIDER, J.D., LL.M.**
Florida Bar No.:  96408
Primary e-mail:  LLeider@TheHealthLawFirm.com
Secondary e-mail:  CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**THE HEALTH LAW FIRM**
1101 Douglas Avenue
Altamonte Springs, Florida 32714
Telephone:  (407) 331-6620

Telefax:  (407) 331-3030
**ATTORNEYS FOR PLAINTIFFS**

GFI/pa
 S:\001-1699\002\002-ABMS Antitrust Suit\410-Pleadings-Drafts & Finals\Mot for Leave to File Resp in Excess of 20 Pgs-3.wpd