UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DAVID ALLYN, M.D.,**
**JAMES V. LYNOTT, M.D.,**
**JOSEPH M. MASESSA, M.D.,**
**JEFFREY BAUER HORTON, M.D., J.D.,**
**and MONT JAY CARTWRIGHT,**

    Plaintiffs,

v.                                    Case No: 5:18-cv-355-JSM-PRL

**AMERICAN BOARD OF MEDICAL**
**SPECIALTIES, INC. and AMERICAN**
**BOARD OF DERMATOLOGY, INC.,**

    Defendants.
_____/

## ORDER OF REFERRAL

Pursuant to 28 U.S.C. § 636(b)(1)(B), Defendants' Dispositive Motion to Dismiss the Amended Complaint (Dkt. 31) and Defendants' Motion for Costs and Attorneys' Fees, or, Alternatively, for an Order Requiring Plaintiffs to Post a Bond (Dkt. 33) are hereby REFERRED to Magistrate Judge Philip R. Lammens, who shall submit proposed findings of fact and recommendation as to the appropriate disposition of these Motions.

**DONE** and **ORDERED** in Tampa, Florida on October 22, 2018.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to**:
Magistrate Judge
Counsel/Parties of Record