**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**DAVID ALLYN, M.D., JAMES V.**
**LYNOTT and JOSEPH M. MASESSA,**
**M.D.,**

      **Plaintiffs,**

**v.**                            **Case No: 5:18-cv-355-Oc-30PRL**

**AMERICAN BOARD OF MEDICAL**
**SPECIALTIES, INC. and AMERICAN**
**BOARD OF DERMATOLOGY, INC.**

      **Defendants.**

_____

### ORDER

    This matter is before the Court on Defendants' motion seeking leave to file reply briefs in support of their motions to dismiss and for costs and fees. (Doc. 48). Upon due consideration, Defendants' motion (Doc. 48) is **GRANTED.** Within **fourteen (14) days** of this Order, Defendants may file a reply brief in support of their motion to dismiss, limited to 12 pages, and a reply brief in support of their motion for costs and fees, limited to 7 pages.[1]

    **DONE** and **ORDERED** in Ocala, Florida on October 29, 2018.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

_____

    [1] Defendants represent that Plaintiffs' counsel refused to consent to the instant motion unless Defendants agreed to the filing of sur-reply briefs by Plaintiffs. If, after Defendants have filed their reply briefs, Plaintiffs believe that a sur-reply is needed, they may file an appropriate motion.

Counsel of Record
Unrepresented Parties