IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Ocala, Florida

DAVID ALLYN, M.D.,
JAMES V. LYNOTT, M.D.,
JOSEPH M. MASESSA, M.D.,
JEFFREY BAUER HORTON, M.D., J.D.,
and MONT JAY CARTWRIGHT, M.D.,      No.: 5:18-cv-355-Oc-30PRL

    Plaintiffs,

vs.

AMERICAN BOARD OF MEDICAL
SPECIALTIES, INC., an Illinois corporation,
and AMERICAN BOARD OF     **Motion Requesting Leave to File**
DERMATOLOGY, INC., a Delaware     **Sur-Reply Briefs**
corporation, authorized to do business in
Massachusetts,

    Defendants.
_____/

## PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY BRIEFS

**COME NOW** Plaintiffs in the above-referenced matter, by and through undersigned counsel, and hereby respectfully move the Court for leave to file sur-reply briefs in response to Defendants' Reply in Support of Their Dispositive Motion to Dismiss the Amended Complaint [Doc. 51], and Defendants' Reply in Support of Their Motion for Costs and Attorneys' Fees [Doc. 52], stating:

    1. Plaintiffs' seek to file a separate sur-reply brief to each of Defendants' above-referenced Replies. This is warranted given the complexity of the legal issues involved in this action, the occurrence of new matters since Plaintiffs' last filing, and Defendants' raising of new matters.

2. Plaintiffs make this Motion requesting authorization to file sur-reply briefs to each of Defendants' Replies in order to fully present all of the relevant facts and legal arguments relating to the necessity for the Court to consider Plaintiffs' previously filed Responses. Copies of the proposed sur-reply briefs are attached and filed contemporaneously herewith, pending approval by the Court.

3. As outlined in the Supplemental Affidavit of David Allyn, M.D., in Support of Plaintiffs' Response to Defendants' Motion to Dismiss [Doc. 50], there have been new developments in this matter, which Plaintiffs should be allowed to present to the Court.

4. The undersigned certifies compliance with Local Rule 3.01(g). Counsel for Plaintiffs certifies that Plaintiffs' counsel has in good faith contacted counsel for Defendants and requested concurrence with this motion. Defendants were opposed.

## MEMORANDUM OF LAW

Nothing in the Federal Rules of Civil Procedure prohibits the filing of sur-replies. *See* USMoney Source, Inc. V. Am.Int'l Specialty Lines Ins. Co., No. 1:07-cv-0682-WSD, 2008 WL 160709, at *2 n.5 (N.D. Ga. Jan. 15, 2008) (granting parties motions to file supplemental briefing and noting that although sur-replies are not allowed as a matter of right, "'the Court may in its discretion permit the filing of a sur-reply . . . where a valid reason for such additional briefing exists'"), *rev'd and remanded on other grounds,* 288 Fed. App'x 558, 563 (11th Cir. 2008). Thus, the decision to grant a party permission to file a sur-reply is within this Court's discretion. *See* Groobert v. President and Dirs. of Georgetown College, 2019 F. Supp. 2d 1, 13 (D.D.C. 202).

"The standard for granting a leave to file a sur-reply is whether the party making the motion would be unable to contest matters presented to the court for the first time in the opposing party's reply." Lewis v. Rumsfeld, 154 F. Supp. 2d 56, 61 (D.D.C. 2001).

Plaintiffs satisfy this standard because the Defendants' reply briefs present several matters shown for the first time, and Plaintiffs have not been able to previously contest these matters, as more fully set forth in the attached proposed sur-reply briefs.

## RELIEF REQUESTED

For the reasons set forth above, Plaintiffs respectfully request the Court exercise its discretion and grant leave to file their sur-reply briefs to clarify the record and in response to Defendants' Reply in Support of Their Dispositive Motion to Dismiss the Amended Complaint [Doc. 51] and to Defendants' Reply in Support of Their Motion for Costs and Attorneys' Fees [Doc. 52].

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have filed this document electronically with the Clerk of Court via the CM/ECF System, which automatically serves all counsel of record, on this 26th day of November 2018.

 /s/ George F. Indest III

**GEORGE F. INDEST III, J.D., M.P.A., LL.M.**
Florida Bar No.: 382426
Primary e-mail: GIndest@TheHealthLawFirm.com
Secondary e-mail: CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**LANCE O. LEIDER, J.D., LL.M.**

       Florida Bar No.:  96408
       Primary e-mail:  LLeider@TheHealthLawFirm.com
       Secondary e-mail:  CourtFilings@TheHealthLawFirm.com
       TRIAL COUNSEL/LEAD ATTORNEY
       ATTORNEY TO BE NOTICED
       **THE HEALTH LAW FIRM**
       1101 Douglas Avenue
       Altamonte Springs, Florida 32714
       Telephone:  (407) 331-6620
       Telefax:  (407) 331-3030
       **ATTORNEYS FOR PLAINTIFFS**

Attached Exhibits/Filings:

  Plaintiffs' Sur-Reply Brief in Opposition to Defendants' Reply in Support of Motion to Dismiss Amended Complaint dated Nov. 26, 2018

  Plaintiffs' Sur-Reply Brief in Opposition to Defendants' Reply in Support of Motion for Costs and Attorneys' Fees dated Nov. 26, 2018

GFI/AAA/pa
S:\001-1699\002\002-ABMS Antitrust Suit\410-Pleadings-Drafts & Finals\Mot for Leave to File Surreply-rev3.wpd