**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**DAVID ALLYN, M.D. , JAMES V. LYNOTT and JOSEPH M. MASESSA, M.D. ,**

    Plaintiffs,

v.                                 Case No: 5:18-cv-355-Oc-30PRL

**AMERICAN BOARD OF MEDICAL SPECIALTIES, INC. and AMERICAN BOARD OF DERMATOLOGY, INC.**

    Defendants.

## ORDER

Plaintiffs' motion to file sur-reply briefs is **GRANTED**. (Doc. 54). The Clerk is **DIRECTED** to docket the attached proposed sur-reply (Doc. 54-1) as "Sur-Reply in Opposition to Defendant's Reply [Doc. 51]" and the proposed sur-reply (Doc. 54-2) as "Sur-Reply in Opposition to Defendant's Reply [Doc. 53]."

**DONE** and **ORDERED** in Ocala, Florida on November 28, 2018.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties