# Paula Alexander

| | |
|---|---|
| **From:** | Bierig, Jack R. <jbierig@sidley.com> |
| **Sent:** | Wednesday, October 24, 2018 4:46 PM |
| **To:** | George F. Indest |
| **Cc:** | Paula Alexander; Russ LaPeer; Horowitz, Steven; Friedman, Benjamin I. |
| **Subject:** | RE: Allyn et al v. ABMS and ABD (002/002 Allyn) |

George,

As you requested, I am trying to get back to you before you depart for your office.

My initial instinct is that sur-reply briefs are not regularly permitted – particularly in a federal court that requires permission just to file a reply brief. For that reason, I am not inclined to agree that plaintiffs' may file surreply briefs if defendants' are permitted to file reply briefs. However, I would like to consult with local counsel on this issue. 

After consulting with local counsel, we will either file a motion for leave to file reply briefs – and note in the motion that plaintiffs did not consent to the motion unless we agreed to surreply briefs – or I will get back to you.

Jack


**JACK R. BIERIG**

**SIDLEY AUSTIN LLP**
+1 312 853 7614
jbierig@sidley.com

---

**From:** George F. Indest <gindest@thehealthlawfirm.com>
**Sent:** Wednesday, October 24, 2018 3:39 PM
**To:** Bierig, Jack R. <jbierig@sidley.com>
**Cc:** George F. Indest <gindest@thehealthlawfirm.com>
**Subject:** RE: Allyn et al v. ABMS and ABD (002/002 Allyn)
**Importance:** High

Dear Mr. Bierig:

Thank you for your e-mail. I apologize for the delay in response and then our power and internet being out earlier today.

My clients will not object to your request to file a Reply Brief to each motion as you requested, provided you agree that, if we desire to do so, we may file a Sur-reply Brief to each of your Reply Briefs. We would expect to request a Sur-reply Brief of not to exceed 10 pages in in reference to the defendants' motion to dismiss and a Sur-reply Brief of not to exceed 5 pages in reference to defendants' motion for fees and costs. In each instance, I would request two weeks from the date of a ruling on the Motion for Reply Briefs and Sur-reply Briefs (assuming it is granted) to file the requested Sur-reply Briefs.

  

1