

brief, defendants would explain the bases for these assertions.

    b.  For the motion for costs and fees, plaintiffs imply that they independently corrected any misstatements in their original filings and that defendants unreasonably refused to accept a proposed abatement of proceedings. But plaintiffs' position fails to account for the fact that the Amended Complaint was not filed under *after* defendants' original motion to dismiss—a motion that could have been avoided if an amendment had been forthcoming. It also overlooks the blatant falsities that remain in the Amended Complaint. Again, a reply brief is needed to explain the basic errors in plaintiffs' position.

  4.  Defendants respectfully submit that a reply brief of up to 12 pages in support of their motion to dismiss, filed within two weeks of an Order granting this motion, will assist the Court by providing a full response to the incorrect but new points raised for the first time in plaintiffs' response brief. Likewise, a reply brief of up to 7 pages in support of defendants' motion for costs and fees will clarify the issues before the Court that bear on its decision.

  5.  For the foregoing reasons, defendants respectfully request that this Court grant them leave to file reply briefs as set forth above.

### LOCAL RULE 3.01 CERTIFICATE OF CONFERRAL

Defendants sought the consent of plaintiffs' counsel to this motion. However, plaintiffs' counsel refused to consent <u>unless defendants agreed to the filing of surreply briefs by plaintiffs. Defendants believe that plaintiffs' proposed condition is improper and therefore refused to agree to it.</u>



EXHIBIT 3

3

Dated: October 25, 2018

Russell LaPeer
**LANDT, WIECHENS, LaPEER,
& AYRES LLP**
Florida Bar no. 200530
445 N.E. 8th Avenue
Ocala, Florida 34470
Telephone No. (352) 732-8622
Facsimilie No. (352) 732-1162
rlapeer@aol.com &
lawsec70@yahoo.com

Respectfully submitted,

*/s/ Jack R. Bierig*
Jack R. Bierig
Benjamin I. Friedman
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, Illinois 60603
Telephone No. (312) 853-7000
Facsimile No. (312) 853-7036
jbierig@sidley.com
benjamin.friedman@sidley.com

Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2018, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record in this case.

                                          /s/ *Jack R. Bierig*
                                          Jack R. Bierig
                                          Benjamin I. Friedman
                                          **SIDLEY AUSTIN LLP**
                                          One South Dearborn
                                          Chicago, Illinois 60603
                                          Telephone No. (312) 853-7000
                                          Facsimile No. (312) 853-7036
                                          jbierig@sidley.com
                                          benjamin.friedman@sidley.com

                                          Admitted *Pro Hac Vice*