UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**DAVID ALLYN, M.D. , JAMES V. LYNOTT and JOSEPH M. MASESSA, M.D. ,**

    Plaintiffs,

v.                                                                Case No: 5:18-cv-355-Oc-30PRL

**AMERICAN BOARD OF MEDICAL SPECIALTIES, INC. and AMERICAN BOARD OF DERMATOLOGY, INC.**

    Defendants.

## ORDER

Defendants have filed a motion asking the Court to reconsider its earlier order granting Plaintiffs' motion to file two sur-replies. (Doc. 56). Defendants correctly point out that Plaintiffs' motion to file a sur-reply failed to comply with the requirements of Local Rule 3.01(d), which prohibits attaching the actual sur-reply to a motion seeking leave to file a sur-reply. They also maintain that despite Plaintiff's certification that they complied with Local Rule 3.01(g), Plaintiffs never contacted them after they filed their reply brief to ensure that Defendants were still opposed to the relief.

Although the Rule 3.01(g) issue is less clear, Defendants are quite right that Plaintiffs' motion failed to comply with Rule 3.01(d). While normally the Court requires strict adherence to the Local Rules, granting the motion for reconsideration on technical grounds only to have the motion refiled would not be an efficient use of the parties' time and resources. Ultimately the sur-reply is appropriate in this case given the potentially significant factual developments that occurred

- 2 -

since the original motion and response were filed and that Defendants addressed in their reply.[1] Accordingly, the motion for reconsideration is **DENIED**, as is Defendants' embedded request for an opportunity to brief whether Plaintiffs can seek attorney's fees and costs in their sur-reply.

**DONE** and **ORDERED** in Ocala, Florida on December 3, 2018.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] The Court is referring here to the actual creation of the subspecialty in Mohs Surgery, which Plaintiffs are complaining about. The creation of the subspecialty was first brought to the Court's attention in an affidavit and in Defendant's reply after the main briefs had been submitted. (Doc. 49, 51–52).