UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| DAVID ALLYN *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN BOARD OF MEDICAL SPECIALISTS, INC., *et al.*, <br><br> Defendants. | Case No. 5:18-cv-00355-JSM-PRL |

## NOTICE OF CHANGE OF ADDRESS OF JACK R. BIERIG

TO:  Clerk of Court and All Counsel of Record

Please take notice of the following new law firm affiliation and contact information for attorney Jack R. Bierig, counsel for Defendants American Board of Medical Specialists, Inc. and American Board of Dermatology, Inc.:

> Jack R. Bierig
> Schiff Hardin LLP
> 233 South Wacker Drive, Suite 7100
> Chicago, Illinois 60606
> (312) 258-5500
> jbierig@schiffhardin.com

This change is effective January 2, 2019. All notices, filings, and written communications with this attorney regarding this action should be sent to the address listed above.

DATED:  January 2, 2019            By:  /s/ Jack R. Bierig
                                   Attorney for Defendants American Board of
                                   Medical Specialists, Inc. and American Board
                                   of Dermatology, Inc.