UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DAVID ALLYN, M.D., JAMES V. LYNOTT and JOSEPH M. MASESSA, M.D.,

    Plaintiffs,

v.                                                Case No: 5:18-cv-355-Oc-30PRL

AMERICAN BOARD OF MEDICAL SPECIALTIES, INC. and AMERICAN BOARD OF DERMATOLOGY, INC.,

    Defendants.

## ORDER

**THIS CAUSE** came on for consideration on the Report and Recommendation submitted by Magistrate Judge Philip R. Lammens (Doc. 62). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Doc. 62) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Defendants' Motion to Dismiss (Doc. 31) is GRANTED.

3. This action is DISMISSED.

4. Defendants' Motion for Costs and Attorneys' Fees (Doc. 33) under 28 U.S.C. § 1927 or under the Court's inherent powers is DENIED.

5. All pending motions are denied as moot.

6. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 23rd day of January, 2019.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record